**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

GABE HANNAHS,
ADC # 117222                                                                                          PLAINTIFF

v.                                        NO. 4:11-cv-00278-JMM-JJV

CARL LYNN JOHNSON, Dr.,
Pulaski County Detention Facility; *et al.*                                                   DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe and the Plaintiff's objections. After carefully considering the objections and making a de novo review of the record, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.     Defendants Doc Holladay and Randy Morgan are DISMISSED for Plaintiff's failure to state a claim upon which relief may be granted.

SO ORDERED this 24th day of October, 2011.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE