U.S.D.C. Eastern Dist. of
Arkansas- Western Division

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 14 2011

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLERK

Gabe Hannahs ADC # 117222                                    pleint.

V.

Carl Lynn Johnson, DR. : et al                          Defend.
Pulaski County Reg. Det. Facility

No. 4:11-CV-00278-JMM-JVV


Motion to Admit Superseding Amended Complaint

   Plaintiff comes before the court following the
orders issued by Judge Volpe on 10-21-11. In
which plaintiff was given instructions to submit to
the court a "Superseding Amended Complaint". One
that contains everything plaintiff wants And
requests of the court and defendants. His
Honor, Judge Volpe, did order plaintiff to
submit the "S.A.C" on 10-21-11 and in that
order (Doc. 17) His Honor gave plaintiff
30 days to submit to the court said complaint.
Yet then on 10-31-11 (Doc. 26) His Honor, Judge
Volpe, did order that my complaint previously
filed be served with summons to Defendants.

③

His Honor, Judge Volpe, did order the summons before the 30 days was up and I had not yet had a chance to file the "S.A.C.". The "S.A.C." is contained in here and plaintiff asks that the court accept it, along with the 90+ pages of evidence. Some of the evidence is brand new, just received letters from the Arkansas State Medical Board and are pertinent to plaintiffs case. The "S.A.C" contained herein contains all new requests for relief, the violations committed by defendants, and such as the court did order.

Plaintiff wants to apologize to the court for the constant sending in, amending, correcting of original complaint. Plaintiff was unaware that it would render previous statements without legal effect. In this "S.A.C" plaintiff will address all issues, including but not limited to,: Const. Violations, relief requests, claims, facts, dates, new evidence, page quotation, etc. and plaintiff will present all of this in a clear, concise manner as instructed by the court. Plaintiff prays that the court will grant this motion and will serve it to defendants with summons.

④

## I. JURISDICTION and VENUE

1.     This is a civil action authorized by 42 U.S.C. section 1983 to redress the deprivation, under color of law, of rights secured by the ~~const~~ Constitution of the United States. The Court has jurisdiction under 28 U.S.C. section 1331 and 1343 (a) (3).

2.     The U.S.D.C. Eastern Dist. of Arkansas, Western Division is an appropriate venue under 28 U.S.C. Section 1391 (b) (2) because it is where events in complaint/claim occured.

## II. PLAINTIFF

3.   Plaintiff, GABE HANNAHS, is a prisoner in the Ark. Dept. of Corr., Grimes Unit. At the time of events mentioned herein plaintiff was incarcerated at the Pulaski County Regional Detention Facility (PCRDF) in Little Rock, AR.

## III. DEFENDANTS

4. Defendant, Carl Lynn Johnson M.D., is the medical Doctor that handles the Medical Decisions at the P.C.R.D.F. He has the Ultimate

⑤

authority over all medical decisions
concerning inmates at the P.C.R.D.F.
   Address: 3201 W. Roosevelt rd
              L.R. , AR  72204
                   also
              5320 West 12th
              L.R., AR  72204

5. Defendant, Ms. Spears. Health Services
administrator at P.C.R.D.F., is in charge of
the infirmiry and day to day decisions
made concerning inmates at the P.C.R.D.F.
She handles complaints, problems, and medical
issues.
   Address: 3201 W. Roosevelt rd.
              L.R. , AR. 72204

6. Each of the defendants is sued
Individually and in his/her official capacity.
At all times mentioned in this complaint each
defendant acted under the color of state
law.

⑥

# IV. FACTS

7. 8-14-09: I was in a car wreck and injured arm.

8. 8-17-09: I went to E.R. at St Vincent Hosp (SVI) My arm was casted ( P.43 + Doc.24 p22). SVI diagnosis on ( P.39+40/2-1 17/18).

9. 8-27-09: My cast got wet. It was soggy and no longer supportive. I removed per instruction ( P.51/2-1 p.29). I planned to return to SVI next day to have recasted.

10. 8-28-09: I was arrested in Pulaski County. Was taken to P.C.R.D.F. Upon arrival I immediately informed intake officers of my injury. Intake Form ( P.78/2-1 p.63. When I was arrested I had ~~most~~ a black TEK ZONE Neoprene arm sleeve on my arm for support. It was placed on my property which is returned upon release.

11. 8-29-09: I put in a sick call slip about my arm. ( P.88/2-1 p.72)

12. 9-2-09: I spoke with DR. Johnson about my arm. He inspected it, assessed it, and referred me to UAMS Hospital ( P.79, P.87 ) + (2-1 (Doc.-) I was taken to UAMS Hosp, given (P.76 69) wrap, sling, and paperwork. The paperwork



contained "Exercise Instructions" and "Follow-Up if Needed" reccomendations to the Ortho/Hand Clinic. UAMs diagnosis and Findings (P61, 111-113/2-1 p.39-42 ). Exercises and Follow up instructions (P.108-110/2-1 p.43-45). I was placed on Pain Protocol by Nurse Canady, she saw me + noted it. Arm in sling, etc. (P87/2-1 p.71 )

13. 9-4-09: P.C.R.D.F. security came to get me For court. I was required to be in handcuffs any time removed from my cell. Security came to get me For court at approximately 5 A.M. and I was asleep. I did not have the wrap and sling on because I was sleeping. Security would not allow me to wear the sling and wrap to court. While I was at court Security officer Deputy Fencer entered my cell, removed the medical items and I still have not Found out what he did with them. I presume he threw them away. I was told that the Medical Items were not listed in the Computers Medical Section on Inmates-called (3rd Page) by staff, and therefore I could

⑧

not possess them. This was a responsibility
that medical staff neglected to do. You
will see that when my next sling was
given to me several weeks later the
medical staff did notify security I
could possess it. But because they
Failed to do so this time my medical
items (sling, wrap) were considered
contraband and taken from me. I Filed
a Grievance (P.65/2-1 P.49   ) and also
spoke with Sgt. Rick Fields. He is
listed as "Other Persons Involved". (P.25)
He searched my cell and the Deputy
Station For my Medical items to No
Avail.

#14, 9-14-09: I put in a sick call (P.86/2-1 P.47)
after my medical items were taken. In this
Sick call I asked staff to retrieve the
sleeve's out of my property that were
taken From me upon admittance to P.C.R.D.F.
I needed some type of support For
my arm. Nurse Canady who was completely
aware of the situation went to the
property room and got the Neoprene
sleeve's. She took them to DR. Johnson

For approval to give to me since I had NO Support, sling, etc. For my arm. DR. Johnson denied then without reason. (P.80/2-1 P.64  ) This is a direct violation of my Const. Rights. He is aware of the situation, yet does not respond appropriately. Scott V. Ambeni, 577 F.3d 642 (6th cir. 2009), Spruill v. Gillis, 372 F.3d 218 (3rd cir. 2004), Meloy V. Bachmeier, 302 F.3d 845, 849 (8th cir 2002. By DR. Johnson leaving my arm with NO SUPPORT, and him being aware of the situation, he is guilty of ~~DELI~~ Deliberate Indifference. I presented "Serious Medical Need" by having a Fractured arm in more than one place and without any type of splint, cast, wrap, sleeve, sling, support to hold my broken arm in place to heal properly.

15. 9-16-09: According to Nurse Smith, DR. Johnson is supposed to make rounds (walkthrough) the Administrative Segregation Pod that I was housed in (23 hour lockdown) once weekly. He did not make rounds this week. At this time my arm had started

⑩

to heal crooked. Visibly not straight.
I take meds 3X daily and every
nurse that comes to my cell is aware
of my situation. Ex. Grievances, constant
complaining, questions, etc.

16. 9-17-09: My father "Russell Hannahs"
listed in other persons involved called
P.C.R.D.F. about my situation. He spoke
with Nurse Spears (defendant) who is
the Infirmiry Administrator. He was
told by her that all my medical issues
had been resolved and my medical items
had been returned to me. (See Declaration p. 114,115
by Russell Hannahs) I am an inmate and
required to rely on the P.C.R.D.F.'s medical
staff to give me medical attention. Not to
lie, or delay access to tratment. Brown V.
Dist. of Columbia, 514 F.3d 1279 (DC cir 2008)

17. 9-23-09: DR. Johnson notes in my chart
of wanting to know why my sling was taken,
and to get it back to me. (P. 83 /2-1 P-67 )

18. 9-23-09: Nurse Washburn came to my cell with
a, beige in color, bandage and I was told to use
it for a sling. I put it on but it is
small, very uncomfortable and I told her

⑪

it was hurting my arm. I showed her
my arm will ~~not~~ extend but not straighten
all the way out. I also showed her my
follow up instructions from the UAMS
Hosp. to see the Ortho Hand Clinic.
She noted everything. (P.85/2-1 P.69    )

19. 9-24-09: Director of Nurses (Smith) came
    to my cell and I was seen wearing
    the bandage/sling (P85/2-1 P.69). I had
    under my mattress in the cell a piece of
    torn sheet with homemade strings attached
    to it with a small foam bandage ~~piece~~
    piece From U.A.M.S. This is what
    I had attempted to fashion a homemade
    sling out of for the weeks I went
    with NO support for my arm. I gave
    the homemade sling to Nurse Smith. She
    then took the bandage sling and gave
    me a Mesh Sling. An actual Sling.
    She showed me how to adjust it, etc.
    I verbally asked her (P.85/2-1 P.69    )
    about my arm healed crooked and I asked
    about the follow up recommendation by UAMS
    Hospital and how it was needed because
    of my arm healing broken and crooked.

(12)

She told me she could not order
that, only Physician Dr. Johnson could.
All is noted (P.85/2-1 P.69)

20. 9-24-09: Upon delivery of my mesh sling
staff made sure to note in my medical
records and send to security for
placement on medical 3rd page (prev.
Mentioned) that I could possess sling.
(P.81/2-1 P.65) Medical Staff failed
to do this previously with my original
Hospital Medical Sling, items.

21. 9-27-09: I wrote a 2 page grievance
concerning pain, crooked arm, Nurse Smith's
response, Follow up Medical Care needed,
Nurse Spears lies. (P.67-70/2-1 P.51-54) I
was answered on (P.68/2-1 P.52). I
think it very obvious that some type of
investigation, resolution, something is neccessary
concerning the situation when grievances, complaints,
etc. continue to be written and voiced about
the same issue. Medical Staff is acting
with Complete and Total Deliberate
Indifference to the Serious Medical
Need and in effect caused me Permanent
Injury.

⑬

22. 9-28-09: DR. Johnson did not come to the Unit and do rounds this week.

23. 10-1-09: I wrote a grievance (P.71,72/2-1 A5552) concerning follow up care with the Ortho/ Hand Clinic, I also complained that other grievance I had written were not being answered or returned to me. (P.72/ 2-1 P.56) → States all grievances are answered and returned.

24. 10-5-09: DR. Johnson did not come to the Unit and do rounds this week.

25. 10-12-09: I wrote an EMERGENCY grievance and had staff sign and give me a receipt. (P.73/2-1 P.57)

26. 10-15-09: I send a letter and complaint to the Arkansas State Medical Board (A.S.M.B.) I have no copy of my letter/complaint to the A.S.M.B. I have repeatedly asked for a copy of the original complaint to no avail.

27. 10-17-09: I wrote a grievance concerning my Emergency Grievance written back on 10-12-09 of which I have a receipt for. Yet I was never given a response. (P. 74-75/2-1 58-59) The response concerning the Emergency Grievance states that all Grievances are stored in the



Facility For 5 years. But the answer
to my exact question regarding the
disappearance or lack of response to
the particular grievance mentioned was
not answered. "Deliberate Indifference".

28. 10-19-09: I received a letter from the
A.S.M.B. Concerning my complaint against
Dr. Carl Lynn Johnson and the A.S.M.B.'s
Procedure concerning complaints. (P.27 / 2-1 P.10)
Please note Paragraph 4 that states I will
be notified once the physician responds to
my complaint. I was not notified or shown
his response to my complaint until After
the A.S.M.B. held their hearing on
the issue. In Dr. Johnson's response
letter he told many lies and misled the
A.S.M.B. All the lies will be addressed
later in this section of facts.

29. 12-3-09: Released from P.C.R.D.F. on Bond.

30. 12-8-09: A.S.M.B. mails to the P.C.R.D.F.
a letter stating that a hearing was held
on 12-3+4-09 concerning my complaint
against Dr. Johnson. (P.28 /8-1 P.2) I
was not in the jail to receive, so it
was returned (P.30 /8-1 P.4 ).

(15)

31. 12-22-09: I went to see a Doctor in Missouri about my arm. X-rays were taken, results + recomendations made. All Findings Found on (P.104-107/2-188). Malunion of Fracture.

<sub>92</sub>

32. 4-18-11: I received a letter from the A.S.M.B. telling me about the hearing on Dr. Johnson, the returned letter, and it also contained Dr. Johnsons response to my complaint that he mailed to the A.S.M.B. for their hearing concerning my complaint against him. (P.30/8-1 P.2 ) + (P.29/8-1 P.4 ) This response letter by him is Full of lies and manipulation. It was mailed to me originally on 12-8-09 in the letter that was returned. The A.S.M.B. held the hearing on Dr. Johnson on 12-3+4-09. I had no chance For rebuttal of his Complaint response with all the lies in it. 4-18-11 was the first time I saw his response (P.29/8-1 P.4 ). First Dr. Johnson states that he was unable to verify if I had been to SVI (Hosp) to have a cast placed. He was unable to verify because No one ever asked me For the records or to sign a

(16)

release of information form. Please remember
he was unable to verify. He also states
I was playing manipulative games and
that I was given multiple slings, and
that him or his staff never once saw me
wearing a sling. Yet Nurse Smith came
to my cell and witnessed and documented
seeing me with my sling on (P.85/2-1 P.69).
Also by the time DR. Johnson ordered me
to have another sling, my arm had healed
broken and crooked. DR. Johnson goes on to
state that another inmate named "Randeep
Mann" coached me into writing a letter to
the A.S.M.B. DR. Johnson used Randeep.
Mann's name to manipulate the A.S.M.B. MR. Mann
also a Doctor was the inmate in fact
charged and Convicted with blowing up, with
a grenade, the A.S.M.B.'s Chairman DR.
Trent Pierce. MR. Mann's name is like
vinegar with the A.S.M.B. DR. Johnson
is fully aware of the entire situation
involving Randeep Mann and the A.S.M.B. The
news, and newspaper reports on this case
daily and Randeep Mann is also an inmate
under DR. Johnsons care at P.C.R.D.F.
DR. Mann's case involving the bomb was

(17)

very "High Profile" and all of staff was aware of the multi-million dollar doctor that was being held in P.C.R.D.F. For the masterminding of bombing the A.S.M.B. Chaireman. Dr. Johnson used Randeep Manns name in connection with my name, yet he had not one shred of proof. It was strictly a statement that would cause the A.S.M.B. to Frown upon the entire complaint issued by me concerning Dr. Johnsons lack to properly treat my injuries. Dr Johnson also states that I wanted and requested opiates. This is another lie. In his own narrative (P.84/2-( P.68 ) he plainly states inmate is not in pain nor requesting any pain meds. Dr Johnson lied repeatedly to the A.S.M.B. about the treatment I was receiving under his care. He was fully aware of his lies, his obvious manipulations and also that the A.S.M.B. would believe him over an inmate. Because of those lies the A.S.M.B. did not discipline him and my suffering continued. His lies, His misleading is Deliberate Indifference at its most obvious. Estelle, 429 U.S. at 104

⑱

33. 8-22-11: I sent another letter to the A.S.M.B. concerning Dr. Johnson. His lies, their failure to investigate properly, not following there own procedures concerning my complaint and chance for rebuttal concerning his response.

34. 10-27-11: I received a letter from the A.S.M.B. (P.31 + 32        ) and a copy of Dr. Johnsons response to my 2nd complaint letter. In his response dated 9-16-11, Dr. Johnson once again does the same thing and lies, lies, lies. And his manipulations and misleadings are as carelessly written in his second letter as they were in the first. He starts off by telling the A.S.M.B. that I have been charged with several felonies and that I have been incarcerated in Missouri also. He gives a large list of felonies to the A.S.M.B. that if he wanted to simply state facts he should've mentioned that several of the felonies he listed I was in fact found "Not Guilty" on more than a year ago. All prior to his letter. None of the things (crimes) he mentioned has anything to do with my complaint regarding him. It was simply "Negative" statements used to try

⑲

to get the A.S.M.B. to once again
realize that He's the Doctor therefore
credible and I'm the inmate therefore
not credible. He states that he stands
by his initial response yet he does not
address any of the lies I pointed out
to the A.S.M.B. in my second complaint
to them. (See lies in Facts 4-18-11) Dr.
Johnson also claims to have a letter by
the Medical Administrator that supports
his claim/response in his original
statement. Yet I've never seen it.
Note the letter he claims to have
is written by Ms. Spears - also a defendant
in this case. He goes on to say that
I was seen at SVI on 8-17-09. Two
weeks prior to entering P.C.R.D.F. on 8-28-09.
He states he included in that letter to
the Board (P.32~~~~~) that he included
my X-ray report from SVI on 8-17-09.
I have not seen the report he claims to have,
but in his previous letter to the A.S.M.B (P.29/8-1 P.4)
he says he was unable to verify whether
or not I was even seen at SVI. Now
2 years later he is able to not only

20

verify it, but get X-ray results. I
have never signed any type of release
of information form for him to "all of
a sudden" come into possesion of my
SVI medical records. He also claims
that there was a question as to whether
or not my arm was even fractured. I
have the medical records, X-ray reports,
etc. from St. Vincent Hosp. and they
are included in this evidence. They
state plainly what bones were fractured.
That my arm was swollen and discolored.
(P.4(240/2)-1 p.19    ). He also states that
I was seen at UAMS Hospital and
returned with exercise instructions. He conviently
left out that UAMS Hosp gave me medical
items, follow up recommendations to see
the Ortho/Hand Clinic if needed. And
since my med. items were taken from me
because of DR. Johnsons oversight and failure
to chart, my arm healed broken and the
need to see a specialist could be seen
by any layman looking at the condition
of my crooked arm. DR. Johnson has
violated state laws as well as my

㉑

Constitutionally guaranteed rights. He did repeatedly lie and mis-lead the A.S.M.B. to avoid disciplinary action. He repeatedly denied me medical treatment, avoided me by not coming to make rounds, and has attempted to manipulate everyone involved with this entire incident. He acted with complete and total "deliberate indifference" to my "serious medical need" on several different occasions. All of these allegations are provable with Factual page quotations contained herein. His Contradicting statements, his lies, his omission of facts and obvious neglect resulted in my permanent physical disfigurement, extreme wanton pain and suffering as well as the continuation of these issues for the remainder of my life.

V. ~~~~~~~ LEGAL CLAIM

35. Plaintiff, Gabe Hannahs, realleges and incorporates by reference and numbers #1—34 listed in this complaint.



36. Defendants, Carl Johnson and Ms. Spears, did both act with "Deliberate Indifference" to plaintiffs serious medical need. DR. Johnson was ~~personally~~ personally responsible for the ultimate decisions regarding plaintiffs broken arm, his arm healing broken, the follow up recommended by UAMS hospital, notifying security of Plaintiffs right to possess medical items, as well as the lies he repeatedly told to the A.S.M.B concerning plaintiffs medical treatment, requests, and well being. All of DR. Johnsons actions and inaction give rise to plaintiffs liberty interests and right to Medical Care while Incarcerated. Both Defendants acted with Deliberate Indifference to plaintiffs Serious Medical Need and in doing so Violated Plaintiffs rights and constituted cruel and unusual punishment, and also violated plaintiffs right to Due Process. These rights are guaranteed to plaintiff under the U.S.C.A. numbers 5, 8, and 14.

## VI. ~~~~ PRAYER FOR Relief

Wherefore, plaintiff respectfully prays that the court enter judgement granting plaintiff:

(23)

37. Compensatory Damages against Def.
   Carl Lynn Johnson in the amount
   of $150,000 and against Def.
   Ms. Spears in the amount of
   $25,000. That said damages be
   inflicted upon Defendants jointly and
   severally.

38. Punitive Damages against Defendant
   Carl Lynn Johnson in the amount
   of $150,000 and against Def.
   Ms. Spears in the amount of
   $25,000. That said damages be
   inflicted upon Defendants jointly
   and severally.

39. A Jury trial on all issues triable by
   a jury.

40. Plaintiffs cost in this suit: Fee's, copies,
   mailings, and

41. Any additional relief the court deems
   just proper and equitable

Dated: 11-3-11

Respectfully   Submitted,
   GABE HANNAHS #117222
   Grimes Unit
   300 Corrections DR
   Newport, AR 72112

(24)

# Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true ✱ and correct.

Executed at Newport, AR 11-3-11

GABE Hannahs

㉕

# OTHER  PERSONS  INVOLVED:

**✱Russell Hannahs:** My Father, witness who has
2511 Alcoa rd.   submitted a "Declaration" to what
Benton, AR 72015  he was told by defendant
Ms. SPEARS about plaintiffs
supposed resolution of medical
issues.

**✱Sgt. Rick Fields:** A sgt. at the P.C.R.D.F. who
3201 W. Roosevelt rd.  told me he would tell the
L.R., AR 72204   truth concerning DR. Johnson and
treatment of plaintiff, and is a
witness to sling being removed ~~and~~
from my cell. He personally searched
my cell, deputy's station, etc. For
my medical items, Is aware of
the incident.

**✱Deputy Fencer:** Removed medical items from my cell
P.C.R.D.F.   because items were not listed in
"3rd Page" of Computer stating may
possess.



# ARKANSAS STATE MEDICAL BOARD

2100 Riverfront Drive, Little Rock, Arkansas 72202 • (501) 296-1802 • FAX (501) 603-3555
www.armedicalboard.org

Peggy Pryor Cryer
Executive Secretary

**Board Members:**

Trent P. Pierce, M.D.
Chairman
West Memphis, AR

Joseph M. Beck, M.D.
Vice-Chairman
Little Rock, AR

Bob E. Cogburn, M.D.
Secretary
Mountain Home, AR

Mrs. Anne Britton
Treasurer
Fayetteville, AR

Omar T. Atiq, M.D.
Pine Bluff, AR

Harold B. Betton, M.D.
Little Rock, AR

Jim C. Citty, M.D.
Searcy, AR

William F. Dudding, M.D.
Fort Smith, AR

Roger Harmon, P.D.
Jonesboro, AR

John E. Heamsberger, II, M.D.
Nashville, AR

Patty Pettway, D.O.
Booneville, AR

Sylvia D. Simon, M.D.
Monticello, AR

Douglas F. Smart, M.D.
Little Rock, AR

John B. Weiss, M.D.
Fayetteville, AR

**Legal Counsel:**

William H. Trice, III
211 Spring Street
Little Rock, AR 72201
(501) 372-4144

October 12, 2009

Gabe Hannahs #11157-09
3201 W. Roosevelt Rd.
Little Rock, AR 72204

Dear Mr. Hannahs:

To file a complaint against a physician(s), you will need to write an ORIGINAL letter (copies are not acceptable) to:

ARKANSAS STATE MEDICAL BOARD
2100 Riverfront Drive
Little Rock, AR 72202

The letter must state that you wish to file a complaint.
Include in the letter:
- Physician's full name
- Patient's full name
- Complainant's full name and return address
- Details of the complaint
- Letter must be signed by the complainant

If you have any questions, you can reach me at 501-683-1598 or email at ble@armedicalboard.org.

Sincerely,

*Brenda Engelhoven*

Brenda Engelhoven
Regulatory Administrative Assistant



# ARKANSAS STATE MEDICAL BOARD

2100 Riverfront Drive, Little Rock, Arkansas 72202 • (501) 296-1802 • FAX (501) 603-3555
www.armedicalboard.org

Peggy Pryor Cryer
Executive Secretary

**Board Members:**

Trent P. Pierce, M.D.
Chairman
West Memphis, AR

Joseph M. Beck, M.D.
Vice-Chairman
Little Rock, AR

Bob E. Cogburn, M.D.
Secretary
Mountain Home, AR

Mrs. Anne Britton
Treasurer
Fayetteville, AR

Omar T. Atiq, M.D.
Pine Bluff, AR

Harold B. Betton, M.D.
Little Rock, AR

Jim C. Citty, M.D.
Searcy, AR

William F. Dudding, M.D.
Fort Smith, AR

Roger Harmon, P.D.
Jonesboro, AR

John E. Hearnsberger, II, M.D.
Nashville, AR

Patty Pettway, D.O.
Booneville, AR

Sylvia D. Simon, M.D.
Monticello, AR

Douglas F. Smart, M.D.
Little Rock, AR

John B. Weiss, M.D.
Fayetteville, AR

**Legal Counsel:**

William H. Trice, III
211 Spring Street
Little Rock, AR 72201
(501) 372-4144

October 19, 2009


**Gabe Hannahs**
**3201 W. Roosevelt Rd.**
**Little Rock, AR  72204**

Re:    Carl Lynn Johnson, M.D.

**Dear Mr. Hannahs:**

The Arkansas State Medical Board is in receipt of your letter of complaint concerning the above-mentioned physician.   A copy of your letter has been forwarded to this physician for his written response.  When it is received, both your complaint and the physician's response will be presented to the Board at its next regularly scheduled meeting.

The fact that you have registered a complaint indicates you wish for action to be taken against the physician, however it is important that you know that although you may have a valid complaint, it must fall within the guidelines set out by state law for the Board to take action.  A portion of the law, Arkansas Statute 17-95-409 outlining the reasons action can be taken is enclosed for your convenience.

Regardless of the ultimate conclusion, your complaint and any rebuttal you might want to submit will be maintained in the physician's licensure file and referenced should further complaints against the physician arise in the future.

 Just as you received this letter, you will be notified when we receive the physician's response to your complaint and again when the Board has rendered a decision. *Note*

We are hopeful that this letter will provide you with information on how the process works and the guidelines the Board must follow in order to take action.

Sincerely,

**Peggy Pryor Cryer**
**Executive Secretary**

PPC/ble

**Enclosure**

28



# ARKANSAS STATE MEDICAL BOARD

2100 Riverfront Drive, Little Rock, Arkansas 72202 • (501) 296-1802 • FAX (501) 603-3555
www.armedicalboard.org

ggy Pryor Cryer
ecutive Secretary

ard Members:

nt P. Pierce, M.D.
airman
st Memphis, AR

seph M. Beck, M.D.
e-Chairman
le Rock, AR

b E. Cogburn, M.D.
cretary
untain Home, AR

s. Anne Britton
asurer
yetteville, AR

nar T. Atiq, M.D.
e Bluff, AR

rold B. Betton, M.D.
le Rock, AR

n C. Citty, M.D.
arcy, AR

liam F. Dudding, M.D.
t Smith, AR

ger Harmon, P.D.
esboro, AR

n E. Hearnsberger, II, M.D.
shville, AR

ly Pettway, D.O.
neville, AR

ia D. Simon, M.D.
nticello, AR

glas F. Smart, M.D.
e Rock, AR

n B. Weiss, M.D.
etteville, AR

al Counsel:

am H. Trice, III
Spring Street
Rock, AR 72201
) 372-4144

**December 8, 2009**

**Gabe Hannahs**
**3201 W. Roosevelt**
**Little Rock, AR  72204**

Re:    Carl Lynn Johnson, M.D.

**Dear Mr. Hannahs:**

**The Arkansas State Medical Board addressed the complaint you registered against the above-referenced physician at their December 3-4, 2009 Board meeting.**

**The Board has the authority and can only take action against a physician's license if the medical care rendered by the physician rises to the level of gross negligence or ignorant malpractice as defined: "It is carelessness or recklessness to a degree that shows utter indifference to the consequences that may result."**

**After careful review, the Board determined there was not probable cause to bring charges against this physician; for the Board did not feel it could meet its statutory requirement of proving gross negligence.**

**We realize this is not the outcome you wished for and the Board does appreciate you bringing your concerns to the Board. Without this interaction, the Board would not be as effective in protecting the health and safety of the public.**

**Your complaint will be retained in the physician's file and unless new information is received, this case is considered closed.**

Sincerely,

**Peggy Pryor Cryer**
**Executive Secretary**

PPC/ble

Enclosure

29

## Fair Park Medical Clinic, PLLC
### CARL L JOHNSON, M.D.
### INTERNAL MEDICINE

5320 W. 12th
Little Rock, AR  72204

Phone 501-663-6262
Fax 501-663-3189

November 20, 2009

Arkansas State Medical Board
Peggy Pryor Cryor
2100 Riverfront Drive
Little Rock, Arkansas  72202

Re:  Gabe Hannahs

Dear Mrs. Cryer:

In reply to the complaint of Gabe Hannahs:
Mr. Hannahs was admitted to PCRDF (jail) on 8/28/09.  Prior to this he was seen at UAMS 8/13/09
and x-ray of C-spine (neg), rg wrist (neg) and Lt elbow (? Fracture).  He reported he was seen at SVI
where a cast was placed, (I was unable to verify) which he stated he removed himself prior to
8/28/09.

I saw him initially on 9/2/06 and referred him to UAMS.  X rays were obtained and he had a small
fracture of the tip of the olecranon.  He was evaluated there and a sling was ordered as well as
exercise instructions.  At this point he began playing manipulative games, stating his sling was lost,
taken away from him, or flushed down the toilet.  He was given three to four different slings and
never did I or the nursing staff ever see him with his sling on.  On my 10/21/09 visit, he indicated that
Randeep Mann an inmate had coached him into writing a letter to the Board.  This led to a twenty
minute discussion with Mr. Mann and later to an isolation unit by the Federal Marshall.  In
additional Mr. Hannahs has received HIV testing, etc that he requested and weight checks weekly.
He is receiving  appropriate care and will continue to.  He has been informed that he will get
medical needs and necessity not wants (opiates).

Sincerely,

Carl L. Johnson mD

Carl Johnson, MD





**ARKANSAS STATE MEDICAL BOARD**

2100 Riverfront Drive, Little Rock, Arkansas 72202 • (501) 296-1802 • FAX (501) 603-3555
www.armedicalboard.org

Peggy Pryor Cryer
Executive Secretary

**Board Members:**

Trent P. Pierce, M.D.
Chairman
West Memphis, AR

Joseph M. Beck, M.D.
Vice-Chairman
Little Rock, AR

Bob E. Cogburn, M.D.
Secretary
Mountain Home, AR

Sylvia D. Simon, M.D.
Treasurer
Monticello, AR

Omar T. Atiq, M.D.
Pine Bluff, AR

Harold B. Betton, M.D.
Little Rock, AR

Steven L. Cathey, M.D.
North Little Rock, AR

Jim C. Citty, M.D.
Searcy, AR

Ms. Rose Crane
Little Rock, AR

William F. Dudding, M.D.
Fort Smith, AR

Roger Harmon, P.D.
Jonesboro, AR

John E. Hearnsberger, II, M.D.
Nashville, AR

Patty Pettway, D.O.
Booneville, AR

John B. Weiss, M.D.
Fayetteville, AR

**Legal Counsel:**

William H. Trice, III
11 Spring Street
Little Rock, AR 72201
(501) 372-4144

April 18, 2011


Gabe Hannahs #117222
300 Corrections Drive
Newport, AR  72112

Dear Mr. Hannahs:

Your complaint against Carl Lynn Johnson, M.D. was reviewed at the
December 3-4, 2009 meeting of the Arkansas State Medical Board.

A letter was mailed to you on December 8, 2009 regarding the Board's
decision.  The correspondence was returned to the Board as 'Attempted, Not
Known.'

Enclosed are copies of the letter sent to you, as well as a copy of the
physician's response to your complaint.

Sincerely,


*Arkansas State Medical Board*


Enclosure



# ARKANSAS STATE MEDICAL BOARD

1401 West Capitol, Suite 340, Little Rock, Arkansas 72201 • (501) 296-1802 • FAX (501) 603-3555
www.armedicalboard.org

31

Peggy Pryor Cryer
Executive Secretary

**Board Members:**

Trent P. Pierce, M.D.
Chairman
West Memphis, AR

Joseph M. Beck, M.D.
Vice-Chairman
Little Rock, AR

Bob E. Cogburn, M.D.
Secretary
Mountain Home, AR

Sylvia D. Simon, M.D.
Treasurer
Monticello, AR

Omar T. Atiq, M.D.
Pine Bluff, AR

Harold B. Betton, M.D.
Little Rock, AR

Steven L. Cathey, M.D.
North Little Rock, AR

Jim C. Citty, M.D.
Searcy, AR

Ms. Rose Crane
Little Rock, AR

William F. Dudding, M.D.
Fort Smith, AR

Roger Harmon, P.D.
Jonesboro, AR

John E. Hearnsberger, II, M.D.
Nashville, AR

Patty Pettway, D.O.
Booneville, AR

John B. Weiss, M.D.
Fayetteville, AR

**Legal Counsel:**

William H. Trice, III
211 Spring Street
Little Rock, AR 72201
(501) 372-4144

October 27, 2011


Gabe Hannahs #117222
300 Corrections Drive
Newport, AR  72112

Re:  Carl Lynn Johnson, M.D.

Dear Mr. Hannahs:

The Arkansas State Medical Board reviewed your second letter regarding your original complaint against the physician referenced above at their October 6-7, 2011 meeting.

The Medical Practices Act, under whose jurisdiction the Board operates, has clear and concise criteria for "gross and negligent" treatment of a patient. The Board did not believe they could justify this to the level of gross negligence as dictated within the Medical Practices Act, wherein the Board could take action against the physician.

We will retain your letter in the physician's file should there be an occasion to reference it in the future.

Sincerely,

Peggy Pryor Cryer
Executive Secretary

PPC/ble

32

# Fairpark Medical Clinic

**Dr. Carl L. Johnson M.D.**
**5320 West 12th**
**Little Rock, AR 72204**
**Office 501-663-6262**

September 16, 2011

Arkansas State Medical Board
Peggy Pryor Cryer
1401 West Capitol
Suite 340
Little Rock, AR 72201

Re: Gabe Hannahs

Dear Mrs. Cryer:

Mr. Hannahs has been an inmate at Pulaski County jail from 1998-2011 off and on.  He is charged
with several felonies: 2nd degree escape, fugitive, possession of firearm, theft of property, aggravated
robbery, failure to appear and terroristic threatening.  He has also been incarcerated in the state of
Missouri.

I have read Mr. Hannahs counter response and nothing I see is new.  I stand by my original response.
In addition, I am sending documenting records supporting my original statement as well as a letter by
Ms. Spears, Health Services Administrator.  Also, I know of no lawsuit by Mr. Hannahs against me or
the county.

In addition, he was seen at SVIF for this same problem 2 weeks (8/17/09) prior to entering PCRDF on
8/28/09.  Enclosed is his x-ray report from 8/17/09 which raised some concerns of whether or not he
truly had a fracture of the elbow.  I do not believe this is causing him any significant problems.  He
was also seen at UAMS at my request after seeing him at PCRDF.  He returned with exercise
instruction, which is also enclosed.

Thank you,

Dr. Carl L. Johnson

Page 33

St. Vincent Hospital
Records



8/18/2009

34

ST. VINCENT HEALTH SYSTEM

| | | | | |
|---|---|---|---|---|
| NAME | : HANNAS,GABE | | ADM DATE/TIME: 08/17/09 0414    JGD |
| ADDRESS #1 | : 2511 ALCOA RD | | UNIT # | : 00704375 |
| ADDRESS #2 | : | | ACCOUNT # | : A0922900008 |
| CITY | : BENTON | | SEX | : M MALE |
| STATE/ZIP | : AR 72015 | | MARITAL STAT | : S SINGLE |
| PHONE (H) | : (501)326-7385 | | RACE | : 1 |
| PHONE (W) | : | | STN: | ER-A32819400 |
| FIN CLASS | : S SELF PAY | | PRI CARE MD | : MILLER,FORREST B |
| BIRTHDATE | : 11/18/76 32Y | | ADMIT MD | : DANIEL,WILL A |
| SS # | : 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 | | SERVICE | : MED |
| PAT. TYPE | : ER | | PAT CLASS | : ANA |

MAIL TO ADDRESS            :
CONFIDENTIAL ADDRESS/PHONE:
ALT ADDRESS #1:
ALT ADDRESS #2:
CITY            :
STATE/ZIP       :
PHONE (H)       :

OPT OUT                    : No
NOTICE OF PRIVACY          : Yes
NOTICE OF PRIVACY DATE: 08/17/09
Advanced Directives: NO
DENOMINATION               : NPR
STAFF ALERT:

GUARANTOR  : HANNAS,GABE
ADDRESS #1 : 2511 ALCOA RD
ADDRESS #2 :
CITY       : BENTON
STATE/ZIP  : AR 72015
PHONE (W)  :
REL TO PT  : SELF

RELATIVE    : NO,ONE
REL ADDRESS 1:
REL ADDRESS 2:
REL CITY     :
REL STATE/ZIP:
REL PHONE (H):
REL PHONE (W):
REL TO PT

EMPLOYER   : HERAL ENTERPRISES
ADDRESS #1 :
ADDRESS #2 :

CITY       :
STATE/ZIP  :

INSURANCE  1
COMPANY    :
GROUP #    :
POL/SS #   :
INSURED    :
REL TO INS :
MAIL TO    :
ADDRESS #1 :
ADDRESS #2 :
CITY       :
STATE/ZIP  :
PHONE      :              EXT :
COMMENT    :

INSURANCE  2
:
:
:
:
:
:
:
:
:
:
:              EXT :
:

INSURANCE  3
COMPANY    :
GROUP #    :
POL/SS #   :

INSURANCE  4
:
:
:



MRN: 704375

Facility: SVI Infirmary

8/18/2009

8/18/2009

**35**

© 1996 - 2008 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**06   ST. VINCENT HEALTH SYSTEM**
St. Vincent Infirmary Medical Center
Two St. Vincent Circle
Little Rock, AR 72205
St. Vincent Medical Center/Sherwood
2215 Wildwood Avenue
Sherwood, AR 72120

## EMERGENCY PHYSICIAN RECORD
### Upper Extremity Injury

TIME SEEN: 0570   ☐ on arrival   ROOM: 10Y   __ EMS Arrival
HISTORIAN: (patient)   spouse   paramedics _____
AGE ____ 32 ____ (M) / F   RACE __L__
__ HX / __ EXAM LIMITED BY: _____

### HPI
**chief complaint:** (injury to: (R) L) hand   wrist   forearm
elbow   arm   shoulder   collar-bone area _____

**onset / duration:**
just prior to arrival  2
today / yesterday _____
_____ min / hrs / (day) ago

**where:**
home   school   neighbor's
park   work   (street)

**severity of pain:**
mild   moderate   severe
(1/10) _____
worse / persistent since _____
pain intermittent / lasting _____

**context:** fall (blow) incision   crush   burn
mvc 2 dys ago sew o 0570
LQ rea 2 dc to rt. arm 0570

**associated symptoms:**
tingling / numbness distally
loss feeling / power  arms _____

**modifying factors:**
none
pain on movement

### ROS
neck / back pain _____
recent illness _____
fever / chills _____
chest pain _____
shortness of breath _____
cough   productive _____
LNMP _____ preg   post-menop

nausea / vomiting _____
problems urinating _____
headache _____
rash _____
leg / ankle swelling _____
anxiety / depression _____
☑ all systems neg except as marked

• NEURO / MS components also addressed in HPI

### PAST HX   (R)/ L HANDED
cardiac disease   AMI   A-Fib   hepatitis / HIV _____
diabetes   Type I   Type 2 ____   prior injury _____
__ diet / oral / insulin _____
__ old records ordered / summary: _____

Tetanus immun.   UTD / given in ED _____
Meds - (none) / see nurses note _____
Allergies - (NKDA) / see nurses note _____

### SOCIAL HX   smoker _____   drugs _____
alcohol (recent / heavy / occasional)   occupation  sale
### FAMILY HX  cardiac disease _____

---

☑ Nursing Assessment Reviewed   ☑ Vitals Reviewed _____
## PHYSICAL EXAM
**General Appearance**
__ no acute distress
__ alert
__ c-collar / backboard ( PTA / in ED )
__ mild / moderate / severe distress
__ anxious

**EXTREMITIES**
**HAND**
__ aml inspection
__ non-tender
__ see diagram _____
__ tenderness   soft-tissue / bony _____
__ swelling / ecchymosis _____
__ deformity _____

**WRIST**
__ nml inspection
__ non-tender
__ nml ROM
__ see diagram _____
__ tenderness   soft-tissue / bony _____
__ tenderness in anatomical snuff box _____
__ wrist pain on axial thumb load _____
__ swelling / ecchymosis _____
__ limited ROM _____
__ deformity _____

**FOREARM /**
**ELBOW**
__ nml inspection
__ non-tender
__ nml ROM
__ see diagram
__ tenderness   soft-tissue / bony
__ swelling / ecchymosis
__ limited ROM
__ deformity

**ARM /**
**SHOULDER**
__ aml inspection
__ non-tender
__ nml ROM
__ see diagram
__ tenderness   soft-tissue / bony
__ swelling / ecchymosis
__ limited ROM
__ deformity



T=Tenderness   PtT=Point Tenderness   S=Swelling   E=Ecchymosis   B=Burn
C=Contusion   L=Laceration   A=Abrasion   M=Muscle spasm   PW=Puncture Wound
(∅ = without   m=mild   mod=moderate   sv=severe)

**NEURO / VASC / TENDON**
__ sensation nml
__ motor nml
__ no vascular
__ compromise
__ tendon function nml
__ sensory / motor deficit
__ pallor / cool skin / abnml cap refill
__ pulse deficit   radial   ulnar
__ deficit in tendon function _____

**SKIN**
__ warm, dry
__ diaphoretic / cool / cyanotic _____
__ decubitus _____

---

DATE:   08/17/09   ROOM/BED:
HANNAS, GABE
A0922900008   QER -O   UNIT:
32Y   MRN: 00704375   11/18/76
NO PHYSICIAN   FC: S

*SVHSP5486*

Page 1 of 2

‡ CATHOLIC HEALTH
† INITIATIVES

## St. Vincent Health System



| | | |
|---|---|---|
| Patient Name: | HANNAS, GABE | |
| Medical Record # | 704375 | |
| Location: | SVI Waitroom (SVI) | |
| Attending Physician: | DANIEL III, WILL A | |
| Admission Date: | 08/17/09 | |

SVI Infirmary
2 ST VINCENT CR
Little Rock, AR-Arkansas 72205

| | |
|---|---|
| Financial #: | A0922900008 |
| Date of Birth: | 11/18/76 |
| Gender: | Male |
| Discharge Date: | 08/17/09 : |

---

## EMERGENCY

**ED Nursing Record**        **Auth (Verified)**        By: PERKINS, BARBARA J     on 08/17/09 04:37:00 CDT

### SVI Triage ED Entered On: 8/17/2009 4:45 CDT
### Performed On: 8/17/2009 4:37 CDT by PERKINS, BARBARA J

**Triage Assessment**
*Triage Date/Time:* 8/17/2009 4:37 CDT

PERKINS, BARBARA J - 8/17/2009 4:37 CDT

DCP GENERIC CODE
*Tracking Acuity:* 4 - Non-urgent SVI
*Tracking Group:* SVI St. Vincent Inf

PERKINS, BARBARA J - 8/17/2009 4:37 CDT

*ED Visit Reason:* Arm Complaint
*Primary Care Provider:* MILLER, FORREST B
*Accompanied By:* Friend
*Arrival Mode:* Ambulatory
*Chief Complaint:* LT ARM PAIN AFTER MVA SAT  SEEN AT  MED CENTER X RAY  NO MEDS

PERKINS, BARBARA J - 8/17/2009 4:37 CDT

Health History ED Grid
*Caffeine Use:* Yes
*Substance Abuse:* Yes
*Tobacco Use:* Yes

PERKINS, BARBARA J - 8/17/2009 4:37 CDT

*Temp:* 100.1Deg F(Converted to: 37.8Deg C)  (HI)
*Temp Route:* Oral/Mouth
*Systolic Blood Pressure:* 109mmHg
*Diastolic Blood Pressure:* 66mmHg
*Pulse Rate:* 104bpm (HI)
*Respiratory Rate:* 20Breaths/Min
*Oxygen Saturation:* 98%
*Oxygen Therapy:* Room air
*Pain Symptoms:* Yes
*Height/Weight Med Rec:* Open
*Medication Profile, Med Rec:* Open
*Allergy Profile, Med Rec:* Open
*Workman's Compensation:* No
*Tetanus Immunization:* greater than 5 years
*Preferred Communication Mode:* Verbal
*Languages:* English
*Domestic Concerns:* None

PERKINS, BARBARA J - 8/17/2009 4:37 CDT

**Height and Weight**
*Type of Height Measurement:* English

---

Lab Legend: #=Corrected  *=Abnormal  L=Low  H=High  C=Critical  ^=Footnote  @=Referred to Reference Lab

✝ CATHOLIC HEALTH
  INITIATIVES

# St.Vincent Health System

SVI Infirmary
2 ST VINCENT CR
Little Rock, AR-Arkansas 72205



| | | | |
|---|---|---|---|
| Patient Name: | HANNAS, GABE | Financial # | A0922900008 |
| Medical Record # | 704375 | Date of Birth: | 11/18/76 |
| Location: | SVI Waitroom (SVI) | Gender: | Male |
| Attending Physician: | DANIEL III, WILL A | Discharge Date: | 08/17/09 : |
| Admission Date: | 08/17/09 | | |

## E M E R G E N C Y

**ED Nursing Record**       **Auth (Verified)**       By: PERKINS, BARBARA J    on 08/17/09 04:37:00 CDT

*Height:* 68.00Inch(Converted to: 5ft 8Inch, 172.72cm)
*Clinical Height:* 172.7cm
*Type of Weight Measurement:* English
*Weight lb:* 145lb
*Clinical Dosing Weight:* 65.91kg
*Body Surface Area:* 1.78m2
*Body Mass Index:* 22.10kg/m2
*Ideal Body Weight:* 67.43kg

PERKINS, BARBARA J - 8/17/2009 4:37 CDT

**Medication Profile ED**
*Medications Reviewed:* No home medications
*Source of Information:* Patient

PERKINS, BARBARA J - 8/17/2009 4:37 CDT

**Allergy Profile**
Allergies (Active)
 codeine                    *Estimated Onset Date:* Unspecified ; *Created By:* PERKINS,
                            BARBARA J; *Reaction Status:* Active ; *Category:* Drug ;
                            *Substance:* codeine ; *Type:* Allergy ; *Updated By:* PERKINS,
                            BARBARA J; *Reviewed Date:* 8/17/2009 4:41 CDT

 iodine topical             *Estimated Onset Date:* Unspecified ; *Created By:* PERKINS,
                            BARBARA J; *Reaction Status:* Active ; *Category:* Drug ;
                            *Substance:* iodine topical ; *Type:* Allergy ; *Updated By:*
                            PERKINS, BARBARA J; *Reviewed Date:* 8/17/2009 4:42 CDT

**Pain**
*FACES Pain Score:* 10

PERKINS, BARBARA J - 8/17/2009 4:37 CDT

✝ CATHOLIC HEALTH
✝ INITIATIVES

# St.Vincent Health System

SVI Infirmary
2 ST VINCENT CR
Little Rock, AR-Arkansas 72205

38

| | | | |
|---|---|---|---|
| Patient Name: | HANNAS, GABE | Financial # | A0922900008 |
| Medical Record # | 704375 | Date of Birth: | 11/18/76 |
| Location: | SVI Waitroom (SVI) | Gender: | Male |
| Attending Physician: | DANIEL III, WILL A | Discharge Date: | 08/17/09 : |
| Admission Date: | 08/17/09 | | |

## PHYSICIAN ORDERS

**Orders**                    **Auth (Verified)**              Signed by:                    Signed Dt:

MRN: 704375                                                                    Facility: SVI Infirmary



318/2009

## EMERGENCY ROOM PHYSICIANS ORDERS

SVHSP 4325 (7/09)

39

| INITIAL ORDERS: | CARDIO/PULM: Time: _____ | ALLERGIES: |
|---|---|---|
| Time: _____ | iSTAT ABG (Lactate) _____ | |
| iSTAT Troponin | Updraft w/ _____ | |
| iSTAT Chem 8 (BMP) | Repeat Updraft: _____ | |
| iSTAT BNP | O₂ @ _____ L/min. | |
| Amylase | EKG: _____ Repeat EKG: _____ | |
| Blood Cultures X | iSTAT Lactate (VBG) | MEDICATIONS: |
| CBC/D | Echocardiogram: _____ | Time    Time |
| D-Dimer | RADIOLOGY: Time: | Ordered:    Completed: |
| ETOH | CXR: port  PA / Lat   KUB | |
| HgA1C | Abd: | |
| Lipase | Spine: cervical dorsal lumbar | |
| Liver Profile | Pelvis/Hip     L   R   IVP | |
| Magnesium | Ankle     L   R   Bilat | |
| QHCG | Wrist     L   R   Bilat | |
| T₃,T₄, TSH | Hand     L   R   Bilat | |
| Type & Cross X   units | Hip     L   R   Bilat | |
| Type & Screen | Knee     L   R   Bilat | IV ORDERS:  Time: _____ |
| UA | Leg     L   R   Bilat | Saline Lock: _____ |
| UPT | Foot     L   R   Bilat | N/S 1000 cc @ _____ |
| UDS | Finger     L   R   Bilat | _____ |
| Urine culture | Soft Tissue Neck  L   R   Bilat | _____ |
| ED Chest Pain Orders | Shoulder     L   R   Bilat | RESTRAINTS: (Sheet Initiated) |
| Sepsis Orders | Femur     L   R   Bilat | Time: _____ |
| Stroke Orders | Other: Lelbow | ___ Behavioral Health |
| Pneumonia Orders | CT / MRI / NM SCAN | ___ Medical |
| FOLLOW-UP ORDERS: | Time: | OTHER ORDERS: |
| Time: _____ | Contrast  Yes  No  PE Protocol | Time    Time |
| iSTAT Troponin | Head  Abdomen  Chest | Ordered    Completed |
| Amylase | Neck  Pelvis | 0550  Left dobre |
| Blood Cultures X | C-spine  T-spine  L/S Spine | right hy jorn |
| CBC/D | Renal Stone Protocol  VQ Scan | ac/o |
| D-Dimer | ULTRASOUND: Time: _____ | |
| ETOH | ABD  Pelvis  Gall Bladder | |
| HgA1C | CRITICAL VALUES: | |
| Lipase | | |
| Liver Profile | | |
| Magnesium | | |
| QHCG | | |
| T₃,T₄, TSH | | |
| Type & Cross X   units | | |
| Type & Screen | | |
| UA | | |
| UPT | see back | |

| DIAGNOSIS: | Closed Left radius head fracture |
|---|---|
| DISCHARGE INSTRUCTIONS: | Plw c̄ AR Specialty ortpeds |
| | See meds: vicad #20 |

Dr. Will A Daniel, MD
4252



*SVHSP4325*

**ST. VINCENT HEALTH SYSTEM**
☐ St. Vincent Infirmary Medical Center
2 St. Vincent Circle • LR, AR 72205
☐ St. Vincent Doctors Hospital
6101 St. Vincent Circle • LR, AR 72205
☐ St. Vincent Medical Center/North
2215 Wildwood Ave. • Sherwood, AR 72120



DATE:    08/17/09  ROOM/BED:
HANNAS, GABE
A0922900008    QER -O  UNIT:
32Y  MRN  00704375    11/18/76
NO PHYSICIAN    FC: S

40

+ CATHOLIC HEALTH
+ INITIATIVES

## St.Vincent Health System

SVI Infirmary
2 ST VINCENT CR
Little Rock, AR-Arkansas 72205

| | |
|---|---|
| Patient Name: | HANNAS, GABE |
| Medical Record # | 704375 |
| Location: | SVI Waitroom (SVI) |
| Attending Physician: | DANIEL III, WILL A |
| Admission Date: | 08/17/09 |

| | |
|---|---|
| Financial # | A0922900008 |
| Date of Birth: | 11/18/76 |
| Gender: | Male |
| Discharge Date: | 08/17/09  : |

---

## D I A G N O S T I C   I M A G I N G

**XRAY Elbow Complete**      **Auth (Verified)**      Performed by: JOHNSTON, DALE E        Reviewed by:

XR ELBOW-Left
PROCEDURE-
Four Views of the Left Elbow

DATE- August 17, 2009

HISTORY- Pain post motor vehicle accident.

FINDINGS-
The examination demonstrates a small joint effusion. On the lateral
projection, there appears to be a small avulsion fracture involving the
tip of the coronoid process of the proximal ulna.

   Transcriptionist- MARILYN A NABORS, Transcriptionist
   Reading Radiologist- DALE E JOHNSTON, M.D.
   Releasing Radiologist- DALE E JOHNSTON, M.D.
   Released Date Time- 08/17/09 0824
-------------------------------------------------------------------------------

---

## N U R S E S   N O T E S

**Nursing Notes**      **Auth (Verified)**      Performed by:        Reviewed by:

---

MRN: 704375  Facility: SVI Infirmary

11/18/2009

6 18 200   (41)

# ER NURSING RECORD Page 1 of 4
SVHSP 4225 (808)

## GENERAL NURSING ASSESSMENT (CIRCLE OR CHECK ALL APPLICABLE ANSWERS)

ED ROOM: 104     TIME IN ROOM: 0530     TIME PLACED ON MD DESK: _____

TIME ASSESSED: 0540     INT: MC

### RESPIRATORY STATUS

☑ NORMAL  ☐ SN  ☐ N/A  L - LEFT   R - RIGHT   B - BILATERAL

PATENT _____     LABORED _____     BS EQUAL _____

WHEEZING _____     DIMINISHED _____     COUGH _____

SECRETION COLOR _____     Rhonchi _____     Other _____

### CARDIOVASCULAR STATUS

☑ NORMAL  ☐ SN  ☐ N/A     PULSES PRESENT & EQUAL:  Y   N     TEMPERATURE:  **WARM**  HOT  COOL

DIAPHORETIC          DRY     NAIL BED COLOR:  **PINK**  DUSKY     MUCOUS MEMBRANE COLOR: _____

NAUSEA     VOMITING     SOB     HEART RHYTHM REGULAR:  Y   N     MONITOR _____

CHEST PAIN (INITIAL ASSESSMENT)  SCALE (0-10) _____  LOCATION _____     DURATION _____

QUALITY _____     RADIATING:  **JAW**  ARM  BACK  NONE     EDEMA _____

### NEUROLOGICAL STATUS

☑ NORMAL  ☐ SN  ☐ N/A     EYE OPENING:  SPONTANEOUS 4   TO VOICE 3   TO NOXIOUS STIMULI 2   NONE 1

VERBAL RESPONSE:   ORIENTED 5   CONFUSED 4   INAPPROPRIATE WORDS 3   INCOMPREHENSIBLE WORDS 2   NONE 1

MOTOR RESPONSE:   OBEYS COMMANDS 6   LOCALIZES PAIN 5   NOXIOUS STIMULI RESPONSE: WITHDRAW 4  FLEXION 3

EXTENSION 2 NONE 1     POINTS TOTAL: _____   PUPILS:  EQUAL  UNEQUAL   **REACTIVE**   **NON-REACTIVE**

### MUSCULOSKELETAL STATUS

☐ NORMAL  ☐ SN  ☐ N/A     LOCATION: L) Elbow     DEFORMITY:  Y   (N)     SKIN BROKEN:  Y   (N)

CREPITUS:  Y  (N)     DISCOLORED:  (Y)  N     SWELLING:  (Y)  N     DISTAL PULSES PRESENT:  (Y)  N

EXTREMITY TEMP:  (WARM)   COLD

### GI / GU STATUS

☑ NORMAL  ☐ SN  ☐ N/A     BOWEL SOUNDS     VOIDING:  Y   N     PREGNANT:  Y   N

SOFT     FIRM     DISTENDED     POSITIVE = +     ITCHING:  Y   N     EDC _____  GRAV _____  PARA _____  AB _____

NAUSEA     VOMITING     NEGATIVE = −     BURNING:  Y   N     VAGINAL BLEEDING:  Y   N

DIARRHEA     LAST BM _____     FREQUENCY: ↑ ↓     DISCHARGE:  Y   N   COLOR: _____

FHT _____

### EENT

EYES  ☑ NORMAL  ☐ SN  ☐ N/A     EARS  ☑ NORMAL  ☐ SN  ☐ N/A     NOSE  ☑ NORMAL  ☐ SN  ☐ N/A

DISCHARGE:  Y   N

SWELLING:  Y   N

PUPILS (SIZE/REACTION)

PUPIL GAUGE (mm)

2   3   4   5   6   7   8   9

VISUAL ACUITY: Left Eye _____ Right Eye _____ Both Eyes _____

CORRECTION   NO CORRECTION

### PAIN

☑ PRESENT  ☐ ABSENT  ☐ SN  ☐ N/A

LESS 0  1  2  3  4  5  6  7  8  9 (10 MOST)

(ACHING)  BURNING  THROBBING  PULLING

PRICKLY  CRAMPING  PRESSURE  SHARP

MOVEMENT     BREATHING

### LEARNING NEEDS / GOALS / SOCIO-CULTURAL ASSESSMENT

PRIMARY LEARNER: Patient  Family  Other     ☐ SN

LEARNING BARRIERS _____

RELIGIOUS/CULTURAL BELIEFS: _____

PATIENT GOAL EXPECTED BY D/C: _____

PAIN GOAL: _____

SUPPORT SYSTEM EVIDENT:  Y   (N)

EVIDENCE OF ABUSE OR NEGLECT PRESENT:  Y   (N)  (if yes, explain) _____

### INTEGUMENTARY ASSESSMENT

Skin intact?  (Y)  N   If NO, explain _____

**FAMILY ISSUES:**  Becouse the incidence of abuse is increasing, by federal mandate, we are required to ask all patients the following questions:

Are you in a relationship which causes you fear, pain or injury?  Y  (N)

### FUNCTIONAL / NUTRITIONAL ASSESSMENT

Appears well-nourished:  (Y)   N _____

Obese / Malnourished:   Y   (N) _____

Independent ADL:   (Y)   N _____

Assisted / Total Care:   Y   (N) _____

Do you need information on where to get help if you have been emotionally, physically or sexually abused?  Y  (N)

## ST. VINCENT HEALTH SYSTEM

☑ St. Vincent Infirmary Medical Center
2 St. Vincent Circle • LR, AR  72205

☐ St. Vincent Medical Center/North
2215 Wildwood Ave. • Sherwood, AR  72120

☐ St. Anthony's Medical Center
4 Hospital Drive • Morrilton, AR  72110

*SVHSP4225*



DATE:    08/17/09    ROOM/BED:
HANNAS, GABE
A0922900008  OER -O UNIT:
32Y  MRN 00704375   11/18/76
NO PHYSICIAN              FC: S

MRN: 704375

Facility: SVI Infirmary



## ER NURSING RECORD Page 2 of 4
SVHSP 4225 (808)

| MEDICATIONS: | | | | | | VITAL SIGNS: | See V/S sheet | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time | Medication | Dose | Route | Site | Initials | Time | BP | P | R | T | O$_2$Sat | Pain Scale | Initial |
| | Response | | | | | | | | | | | | |
| | Response | | | | | | | | | | | | |
| | Response | | | | | | | | | | | | |
| | Response | | | | | | | | | | | | |
| | Response | | | | | | | | | | | | |
| | Response | | | | | | | | | | | | |
| | Response | | | | | | | | | | | | |
| | Response | | | | | | | | | | | | |
| | Response | | | | | | | | | | | | |
| | Response | | | | | | | | | | | | |
| | Response | | | | | | | | | | | | |
| | Response | | | | | | | | | | | | |
| | Response | | | | | | | | | | | | |
| | Response | | | | | | | | | | | | |
| | Response | | | | | | | | | | | | |

**Procedures / TX**

Check or circle + time all that apply

Oxygen: Time strated:_____

Device: ❑ NC      ❑ Simple Mask      ❑ Venti   ❑ NRB

O2 Flow:_____ Continued from Home: _____

Pulse Ox: Time started:_____ Continuous:_____

**CARDIAC MONITORING:**
TIME STARTED: _____   INTERPRETATION: **SR  SB  ST**
**A-FIB   A-FLUTTER   V-TACH   V-FIB   SVT   OTHER-SN**

| TIME | | |
|---|---|---|
| | Blood Drawn | |
| | Blood sent to lab | |
| | Urine collected | |
| | Urine sent to labs | |
| | RAD. studies completed | |
| | 12 lead completed | |
| | Cultures complete | |
| | Other | |

| **LACERATION REPAIR**   ❑ SN   ❑ NA | **MUSCULOSKELETAL REPAIR**   ❑ SN   ❑ NA |
|---|---|
| LOCATION _____ | SPLINT:   TYPE: _____ TIME: _____ |
| SIZE: _____ SHAPE: _____ | ACE:   LOCATION: _____ TIME: _____ |
| SUTURES / STAPLES _____ | CRUTCHES: SIZE: _____ TEACHING COMPLETED:  Y  N |
| CLEANED WITH: _____ DERMABOND _____ | CAST:   TYPE: _____ TIME: _____ |
| DRESSING TYPE: _____ STERISTRIPS _____ | SLING:   LOCATION: _____ TIME: _____ |
| | OTHER: _____ |

❑ IN & OUT CATH          ❑ RAPE EXAM                ❑ CHARCOAL ADMINISTRATION
❑ FOLEY CATH             ❑ NG TUBE PLACEMENT        ❑ EYE EXAM   ❑ EAR EXAM
❑ BLADDER IRRIGATION     ❑ INCONTINENCE CARE x ___  ❑ EYE IRRIGATION
❑ PELVIC EXAM            ❑ ASSIST TO BR/BSC x _____ ❑ CERUMEN REMOVAL
  CULTURES: WITH WITHOUT ❑ GASTRIC LAVAGE          ❑ RING CUTTING
❑ CAST CUTTING   ❑ CRUTCH ADJUSTMENT & TEACHING    ❑ SUTURE REMOVAL

OTHER PROCEDURES / TXs: _____

**ST. VINCENT HEALTH SYSTEM**
❑ St. Vincent Infirmary Medical Center
   2 St. Vincent Circle • LR, AR  72205
❑ St. Vincent Medical Center/North
   2215 Wildwood Ave. • Sherwood, AR  72120
❑ St. Anthony's Medical Center
   4 Hospital Drive • Morrilton, AR  72110

DATE:    08/17/09   ROOM/BED:
HANNAS, GABE
A0922900008    OER -O UNIT:
32Y  MRN 00704375    11/18/76
NO PHYSICIAN               FC: S

MRN: 704375

Facility: SVI Infirmary



## HEAD / ENT
__nml inspection
__pharynx nml
_____ tenderness_____
_____ swelling /.ecchymosis_____

## NECK / BACK
__nml inspection
__non-tender
_____ tenderness_____
_____ swelling / ecchymosis_____
Q C,SZ vn

## RESPIRATORY
__chest non-tender
__breath sounds nml
_____ tenderness_____
_____ swelling / ecchymosis / abrasions_____
_____ crepitus / subcutaneous emphysema_____
_____ decreased breath sounds__ __ _ __ __
_____ wheezes / rales / rhonchi _ _ ____

## CVS
__heart sounds nml
_____ tachycardia / bradycardia___ _____

## ABDOMEN
__non-tender
__no organomegaly
_____ tenderness / guarding_____

## PROCEDURES
**Wound Description / Repair:**                    Time:_____
length_____cm   location_____
linear    stellate    irregular    flap    into: subcut / muscle
clean    contaminated *moderately / heavily* _____
**distal NVT:** neuro/vasc intact    no tendon injury
**anesthesia:** local  topical _____ lidocaine / bupivacaine  epi / bicarb
**prep:**  Shur-Clens / Betadine_____
irrigated with saline                debrided *mod. /extensive*
wound explored                        wound margins revised
  *to base / in bloodless field*        multiple flaps aligned
no foreign body identified
foreign material removed
**repair:**   Wound closed with:  wound adhesive / Dermabond / steri-strips
   SKIN·       #_____ -0   nylon / prolene / staples /
                                        silk / ethilon / dexon_____
   SUBCUT-   #_____ -0   vicryl / chromic_____
   OTHER-    #_____ -0

**Fracture / Dislocation Care / Other**        Time:_____
__procedural sedation (see attached sheet)_____
__local / regional anesthesia_____ lidocaine / bupivacaine
__reduced with manipulation_____
__post reduction neuro/vasc intact   alignment good / fair / poor_____
_____
_____
_____
_____
__splint   Velcro  OCL / Ortho-glass / Plaster  (Aluminum-foam_____
          Volar  Thumb spica  Ulnar  Wrist  Super-Tong  Cock-up  Colles
__applied by ED Physician / MLP / Tech / Nurse_____
__examined post splint application  neuro/vasc intact   alignment good
__sling_____
__foreign body removed   with forceps   with incision_____
_____
_____
_____
_____
_____

## LABS & XRAYS
| CBC | Chemistries | UA | ETOH_____ |
| --- | --- | --- | --- |
| *normal  except* | *normal  except* | *normal  except* | TOX_____ |
| WBC_____ | Na_____ | | |
| Hgb_____ | K_____ | | PT/PTT_____ |
| Hct_____ | CO2_____ | HCG_____ | INR_____ |
| Platelets_____ | Gluc_____ | serum / urine | |
| | BUN_____ | POS  NEG | |
| | Creat_____ | | |

**XRAYS**  □Interp. by me  □Reviewed by me  □Discsd w/ radiologist
**R/L  hand  wrist  forearm  elbow  humerus  shoulder**
 __nml / NAD   __nml alignment   __no fracture   __nml soft tissue

Other_____
_____

## PROGRESS
Time_____        unchanged    improved    re-examined
_____
_____
_____
_____
d c md: ta Vrot c 20
_____
_____
Pn c on
_____
referred to / discussed with Dr_____ Time:_____
will see patient in:  ED / hospital / office in _____ days
Counseled patient / family regarding:    Additional history from:
 *lab / rad. results  diagnosis  need for follow-up*  family  caretaker  paramedics
 __Rx given_____
**CRIT CARE TIME** *(excluding separately billable procedures)*_____ min

## CLINICAL IMPRESSION
Contusion / Dislocation / Sprain / Strain / Laceration
        R / L   shoulder    forearm    wrist
                arm          elbow      hand
 Fracture   R / O   open / closed  displaced / non-displaced
  radius    *distal / shaft / proximal / Colles*
  ulna      *distal / shaft / proximal / ulnar styloid*
  humerus   *distal / shaft / proximal / supracondylar*

**DISPOSITION-** □home  □ transferred_____
**Time** 06 60   □ admitted   __POA *decubitus / UTI (foley)*_____
**CONDITION-**  □ unchanged  □ improved  □ stable_____
Care transferred to Dr_____ Time:_____
_____ PA
_____ MD / DO
□ Template Complete   □ See Addendum (Dictated / Template #_____)

Dr. Will A Daniel, MD
1252

DATE:   08/17/99   ROOM/BED:
HANNAS, GABE
A0922900008   QER -O  UNIT:
32Y  MRN 00 04375    11/18/76
FC: S
DR

MRN: 704375

Facility: SVI Infirmary

  

/18/2009

## ER NURSING RECORD Page 3 of 4
SVHSP 4225 (808)

| IV RECORD: | | | | | | | | R = Red S= Swollen N = Normal | |
| Time | Solution | Site | Ga | Rate | Amt. In | Dc'd | ASSESS R / S / N | Initials |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Total Intake** _____ **Total Output** _____

_0644 - Received report from RN Michelle RN._
_comfortable waiting for ortho tech to fill c_
_0655 teil here to cast/split ⓁRt elbow c_

| | | | | |
| --- | --- | --- | --- |
| 1 | ABRASION | 11 | DEFORMITY |
| 2 | AMPUTATION | 12 | WOUND |
| 3 | AVULSION | 13 | HEMATOMA |
| 4 | BURN | 14 | LACERATION |
| 5 | EDEMA | 15 | PAIN / TENDER |
| 6 | CONTUSION | 16 | RASH |
| 7 | CREPITUS | 17 | DECUBITUS |
| 8 | ECCHYMOSIS | 18 | RED |
| 9 | PUNCTURE | 19 | |
| 10 | WEAKNESS | 20 | |

## ST. VINCENT HEALTH SYSTEM
☐ St. Vincent Infirmary Medical Center
  2 St. Vincent Circle • LR, AR. 72205
☐ St. Vincent Medical Center/North
  2215 Wildwood Ave. • Sherwood, AR  72120
☐ St. Anthony's Medical Center
  4 Hospital Drive • Morrilton, AR. 72110



DATE:    08/17/09  ROOM/BED:
**HANNAS, GABE**
**A0922900008**   QER  -O  UNIT:
32Y  MRN 00704375    11/18/76
NO PHYSICIAN        FC: S

MRN: 704375

 

Facility: SVI Infirmary

## ER NURSING RECORD Page 4 of 4
SVHSP 4225 (808)



### NARRATIVE

| PATIENT PROPERTY TO: | ❑ Patient | ❑ Family | ❑ Security | ❑ Safe |
|---|---|---|---|---|
| Patient Belongings List: | | | | |

Time _____ ❑ See V/S sheet

VS_____ BP _____ P _____ R _____ T _____

Pain - 0 1 2 3 4 5 6 7 8 9 10

| DISCHARGE | TRANSFER | ADMISSION |
|---|---|---|
| CONDITION TO DC: STABLE IMPROVED NO CHANGE | TRANSFER TO: _____ | ADMIT MD: _____ |
| INSTRUCTIONS GIVEN TO: PATIENT FAMILY OTHER | REPORT CALLED TO: _____ | ROOM #: _____ |
| Verbalizes understanding of instructions Y / N | TIME CALLED: _____ | REPORT CALLED TO: _____ |
| RX given Y / N | CALLED BY: _____ | TIME CALLED: _____ |
| DISPOSITION: AMBULATORY W/CHAIR STRETCHER | MODE OF TRANSPORT: _____ | CALLED BY: _____ |
| AMBULANCE ED ASSIST TO POV W/DRIVER OTHER | TIME TO TRANSFER: _____ | ACCOMPANIED BY ED STAFF: Y N |
| DC TO: HOME PCP OFFICE CORONER MORGUE | ACCOMPANIED BY ED STAFF: Y N | TIME OF TRANSFER: _____ |
| FUNERAL HOME NURSING HOME OTHER _____ | OTHER: | OTHER: |
| DC NURSE: S Mangum RN | | |
| TIME: 0740 | | |

| STAFF SIGNATURES | | PCP or SPECIALIST CONTACTED | |
|---|---|---|---|
| INT | SIGNATURE | TIME | NAME of PERSON &/or ORGANIZATION CONTACTED |
| MC | M Cullen | | |
| DC | DC | | |
| Sm | S Mangum RN | | |

### ST. VINCENT HEALTH SYSTEM
❑ St. Vincent Infirmary Medical Center
  2 St. Vincent Circle • LR, AR 72205
❑ St. Vincent Medical Center/North
  2215 Wildwood Ave. • Sherwood, AR 72120
❑ St. Anthony's Medical Center
  4 Hospital Drive • Morrilton, AR 72110

DATE:    06/17/09  ROOM/BED:
HANNAS, GABE
A0922900008  QER -O UNIT:
32Y  MRN 00704375   11/18/76
NO PHYSICIAN          FC: S

† CATHOLIC HEALTH
  INITIATIVES

## St.Vincent Health System

SVI Infirmary
2 ST VINCENT CR
Little Rock, AR-Arkansas 72205

| | | | |
|---|---|---|---|
| Patient Name: | HANNAS, GABE | Financial # | A0922900008 |
| Medical Record # | 704375 | Date of Birth: | 11/18/76 |
| Location: | SVI Waitroom (SVI) | Gender: | Male |
| Attending Physician: | DANIEL III, WILL A | Discharge Date: | 08/17/09 : |
| Admission Date: | 08/17/09 | | |

## PATIENT EDUCATION

**Patient Education Forms**    **Auth (Verified)**    Performed by:                          Reviewed by:

MRN: 704375

Facility: SVI Infirmary

8/18/2009

**8/18/2009**

Name: GABE HANNAS   MRN: 704375

**Patient Visit Summary**
**St. Vincent Infirmary - Emergency Department**
**#2 St. Vincent Circle, Little Rock, AR 72205**
**(501) 552-2680**

If you have been referred to a specialist or an outpatient service please call you family doctor for authorization for this referral. If you make an appointment with the referral physician above please inform their staff that you were referred by the Emergency Department.
If your test results suggest further care is required we will call you. **X-Ray results are preliminary and will be read the next morning by a Radiologist. If we note any discrepancy between the initial reading and the final interpretation we will notify you by phone.** In all events you may obtain your results from your family doctor, or you may request a copy of your results from the release of information desk.
Emergency Physician services are independently provided. You will receive a bill for any physician services you may have received including emergency and radiology physician services separate from the hospital bill.

We will bill your insurance; however, you are responsible today for any co-pay amounts. **Please check with the registration desk before you leave.**
**Please be sure we have an accurate contact phone number and address,** should we need to call you for any reason.
**YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.** Follow the above instructions carefully. Take your medicine as prescribed. Most importantly, see a doctor again as discussed. If you have problems that we have not discussed, call or visit your doctor right away. If you cannot reach your doctor, return to the Emergency Department.

Signature acknowledges that Patient and/or Responsible Adult has received these instructions and understands them.

I, GABE HANNAS, have received the above patient education materials/instructions and have verbalized understanding:

_____          8-17-09
Patient or Responsible Adult Signature          Date


_____          8-17-09
Witnessed and/or instructed by (signature)          Date

DATE:      08/17/09   ROOM/BED:
HANNAS, GABE
A0922900008   QER  -O UNIT:
32Y  MRN 00704375    11/18/76
NO PHYSICIAN           FC: S

Copyright © 1990-2007 Parker Hill Associates, Inc.

† CATHOLIC HEALTH
† INITIATIVES

## St.Vincent Health System

| | | | |
|---|---|---|---|
| Patient Name: | HANNAS, GABE | | |

SVI Infirmary
2 ST VINCENT CR
Little Rock, AR-Arkansas 72205

**48**

| | |
|---|---|
| Patient Name: | HANNAS, GABE |
| Medical Record # | 704375 |
| Location: | SVI Waitroom (SVI) |
| Attending Physician: | DANIEL III, WILL A |
| Admission Date: | 08/17/09 |

| | |
|---|---|
| Financial # | A0922900008 |
| Date of Birth: | 11/18/76 |
| Gender: | Male |
| Discharge Date: | 08/17/09 : |

---

**Patient Education Forms**   **Auth (Verified)**   Performed by: MANGUM, SANDRA G   Reviewed by:

Patient Education Forms

# St. Vincent Infirmary
# Emergency Department
## #2 St. Vincent Circle, Little Rock, AR 72205
## (501) 552-2680

**Name:**GABE HANNAS
**MRN:**704375
**FIN:**A0922900008
**Visit Date:**8/17/2009 04:14:00

**Emergency Department Care Providers:**
   **Primary Physician:** DANIEL III, WILL A

St. Vincent Infirmary's Emergency Department exists to serve your needs for emergency medical treatment. The treatment rendered is not intended to provide complete medical care, which should be done through your own physician. we cannot recognize and treat all injuries or illnesses in one Emergency Department visit. These instructions are intended to provide general information and guidelines to follow at home to properly care for your particular medical problem. If you have any questions regarding these instructions, direct them to the Emergency Department nurse before you leave or contact your doctor. **X-Ray results are preliminary and will be read over the next morning by a Radiologist. If we note any discrepancy between the initial reading and the final interpretation we will notify you by phone.**

Emergency Physician services are independently provided. You will receive a bill for any physician services you may have received including emergency and radiology physician services separate from the hospital bill.

Please be sure we have an accurate contact phone number and address, should we need to call you for any reason.

---

Lab Legend: #=Corrected  *=Abnormal  L=Low  H=High  C=Critical  ^=Footnote  @=Referred to Reference Lab

† CATHOLIC HEALTH
† INITIATIVES

# St.Vincent Health System

SVI Infirmary
2 ST VINCENT CR
Little Rock, AR-Arkansas  72205

| | | | |
|---|---|---|---|
| Patient Name: | HANNAS, GABE | Financial # | A0922900008 |
| Medical Record # | 704375 | Date of Birth: | 11/18/76 |
| Location: | SVI Waitroom (SVI) | Gender: | Male |
| Attending Physician: | DANIEL III, WILL A | Discharge Date: | 08/17/09 : |
| Admission Date: | 08/17/09 | | |

**Follow-Up Instructions**

Return here if your condition worsens

If returning to the Emergency Department for scheduled follow-up care, please come in before 10:00a.m.

NO Telephone Refills

Please do not call us for any medical condition unrelated to the one treated. We do not give out medical advice over the phone.

**CIGARETTE SMOKING:**The facts are clear that cigarette smoking will shorten your life. Smoking can cause many illnesses along the way. As a healthcare provider, SVHS recommends that you discontinue smoking. Assistance with smoking cessation is available by contacting 1-866-NOW-QUIT. This is a free resource providing counseling, support, and referral. Or you may contact your personal physician.

If you have been referred to a specialist or an outpatient service please call you family doctor for authorization for this referral. If you make an appointment with the referral physician above please inform their staff that you were referred by the Emergency Department.

✱ CATHOLIC HEALTH
✝ INITIATIVES

SVI Infirmary
2 ST VINCENT CR
Little Rock, AR-Arkansas 72205

# St.Vincent Health System

| | | | |
|---|---|---|---|
| Patient Name: | HANNAS, GABE | Financial # | A0922900008 |
| Medical Record # | 704375 | Date of Birth: | 11/18/76 |
| Location: | SVI Waitroom (SVI) | Gender: | Male |
| Attending Physician: | DANIEL III, WILL A | Discharge Date: | 08/17/09 : |
| Admission Date: | 08/17/09 | | |

**Patient Education Materials**
GABE HANNAS has been given the following patient education materials:
Analgesic

## MEDICATION: VICODIN
(Hydrocodone)

VICODIN (generic: Hydrocodone + acetaminophen) is a narcotic pain medicine. It is also available under the trade names LORTAB and ANEXSIA, NORCO.

### DIRECTIONS FOR USE:
If this medicine makes your stomach upset, take it with food. Pain medication should be taken only if needed at the times prescribed. If you are not having pain, do not take the medicine, unless you are advised to do so by your doctor.

### WHAT TO WATCH FOR:
POSSIBLE SIDE EFFECTS: Dizziness, drowsiness --> (Take a smaller dose; for example, break the pill in half or take it less often). Constipation --> (Drink lots of liquids, use small doses of a mild laxative like Milk of Magnesia, as needed). Nausea, vomiting --> (Take with food). Difficulty passing urine--> (Stop the medicine and contact your doctor).

ALLERGIC REACTION: Rash, itching, swelling, trouble breathing or swallowing --> (Contact your doctor or return to this facility promptly).

********** **IMPORTANT** **********

MEDICAL CONDITIONS: Before starting this medicine, be sure your doctor knows if you have any of the following conditions:
-- Prostate enlargement
-- Pregnancy or breast feeding

DRUG INTERACTIONS: This drug may cause increased side effects when taken with alcohol, muscle relaxant, sedative, tricyclic antidepressant, MAO-inhibitor or another pain medicine.

WARNINGS:
-- DO NOT DRIVE, ride a bicycle or operate dangerous equipment while taking this medicine until you know how it will affect you.
-- Prolonged use of this medicine can be HABIT FORMING and may lead to ADDICTION.

*[NOTE: This information topic may not include all directions, precautions, medical conditions, drug/food interactions and warnings for this drug. Check with your doctor, nurse or pharmacist for any questions that you may have.]*

Trauma

## FRACTURE: RADIAL HEAD
A FRACTURE is the medical term for a BROKEN BONE. This may be a small crack in the bone. It may also be a major break with the broken parts pushed out of position. This fracture takes 3-6 weeks to heal.

### HOME CARE:
1) Keep your ARM elevated at elbow level as much as possible when sitting or standing. Sleep with your arm on your chest or



Lab Legend: #=Corrected  *=Abnormal  L=Low  H=High  C=Critical  ^=|
Print Date/Time: 10/16/2009 10:19:48 AM

✝ CATHOLIC HEALTH
✝ INITIATIVES

## St.Vincent Health System

SVI Infirmary
2 ST VINCENT CR
Little Rock, AR-Arkansas 72205

(51)

| | | | |
|---|---|---|---|
| Patient Name: | HANNAS, GABE | Financial #: | A0922900008 |
| Medical Record # | 704375 | Date of Birth: | 11/18/76 |
| Location: | SVI Waitroom (SVI) | Gender: | Male |
| Attending Physician: | DANIEL III, WILL A | Discharge Date: | 08/17/09 : |
| Admission Date: | 08/17/09 | | |

on a pillow at your side. This is very important during the first 48 hours.

2) Apply an ice pack over the injured area for 20 minutes every two hours the first day. Continue this three to four times a day for the next two days.

3) If you were given a splint, keep it completely dry at all times. Bathe with your splint out of the water, protected with a large plastic bag, rubber-banded at the top end. If a fiberglass splint gets wet, you can dry it with a hair-dryer.

4) You may use acetaminophen (Tylenol) or ibuprofen (Motrin, Advil) to control pain, unless another pain medicine was prescribed. [NOTE: If you have chronic liver or kidney disease or ever had a stomach ulcer or GI bleeding, talk with your doctor before using these medicines.]

**FOLLOW UP** with your doctor or this facility as advised. If a splint was applied, it should be checked in 24 HOURS to be sure that it has not become too tight from swelling. Look for the warning signs below.

[NOTE: If X-rays were taken, they will be reviewed by a radiologist. You will be notified if there are any new findings that may affect your care.]

**RETURN PROMPTLY** or contact your doctor if any of the following occur:
-- The plaster splint becomes wet or soft
-- The fiberglass splint remains wet for more than 24 hours
-- Increased tightness or pain under the splint
-- Fingers become swollen, cold, blue, numb or tingly

**YOU ARE THE MOST IMPORTANT FACTOR IN YOUR RECOVERY.** Follow the above instructions carefully. Take your medicine as prescribed. Most importantly, see a doctor again as discussed. If you have problems that we have not discussed, call or visit your doctor right away. If you cannot reach your doctor, return to the Emergency Department.
GABE HANNAS has been given these follow-up instructions:

† CATHOLIC HEALTH
† INITIATIVES

# St.Vincent Health System

| | |
|---|---|
| Patient Name: | HANNAS, GABE |
| Medical Record # | 704375 |
| Location: | SVI Waitroom (SVI) |
| Attending Physician: | DANIEL III, WILL A |
| Admission Date: | 08/17/09 |

| | |
|---|---|
| Financial # | A0922900008 |
| Date of Birth: | 11/18/76 |
| Gender: | Male |
| Discharge Date: | 08/17/09 : |

600 S. MCKINLEY STREET; SUITE 102
LITTLE ROCK, AR-Arkansas 72205

53

† CATHOLIC HEALTH
† INITIATIVES

# St.Vincent Health System

| | | SVI Infirmary |
| | | 2 ST VINCENT CR |
| | | Little Rock, AR-Arkansas  72205 |

| Patient Name: | HANNAS, GABE | Financial # | A0922900008 |
| Medical Record # | 704375 | Date of Birth: | 11/18/76 |
| Location: | SVI Waitroom (SVI) | Gender: | Male |
| Attending Physician: | DANIEL III, WILL A | Discharge Date: | 08/17/09 : |
| Admission Date: | 08/17/09 | | |

✝ CATHOLIC HEALTH
  INITIATIVES

# St.Vincent Health System

| | | SVI Infirmary |
| | | 2 ST VINCENT CR |
| | | Little Rock, AR-Arkansas 72205 |

(54)

Patient Name:        HANNAS, GABE
Medical Record #     704375
Location:            SVI Waitroom (SVI)
Attending Physician: DANIEL III, WILL A
Admission Date:      08/17/09

Financial #          A0922900008
Date of Birth:       11/18/76
Gender:              Male
Discharge Date:      08/17/09 :

**Comment**
**A orchG_**

---

## C O N S E N T S

| **Auth (Verified)** | Performed by: | | Reviewed by: |

## C O N S E N T S

**Consent Forms**

MRN: 704375

Facility: SVI Infirmary



8/18/2009

SVHSP27 (0708)

(55)

## PATIENT UNDERSTANDINGS

1. As the Patient, I authorize the action in the BENEFITS ASSIGNMENT (#1 on p. 1).
2. As the Patient, I understand and consent to the MEDICAL/SURGICAL CONSENT section (#2 on p. 1).
3. As the Patient, I understand the provisions of the GENERAL DUTY NURSING section (#3 on p. 1).
4. As the Patient, I agree to the PERSONAL VALUABLES provisions section (#4 on p. 1).
5. I understand the RELEASE OF INFORMATION section (#5 on p. 1).
6. As the Patient, I have read and understand the formal grievance process information (#6 on p.1-2).
7. I agree to the FINANCIAL AGREEMENT section (#7 on p. 2).
8. As the Patient, I understand that the Emergency Department physicians are from Medical Emergency Trauma Associates, pathologists are from Pathology Associates, P.A., radiologists are from Radiology Associates, P.A., and anesthesiologists are from Little Rock Anesthesiology Group, and are not SVHS employees (#8 on p. 2).
9. As the Patient, I received a copy of "Personal Choices" describing my LIVING WILL rights and read the LIVING WILL section (#9 on p. 2).
10. As the Patient, I consent to laboratory tests for hepatitis virus and human immunodeficiency virus (HIV) if an employee has a potential exposure from me (#10 on p. 2).
11. As the Patient, I concur with the MEDICARE PATIENT CERTIFICATION section (#11 on p. 2).
12. ☐ If marked, I am a Medicare patient and have received the MEDICARE & CHAMPUS/CHAMPVA COVERAGE section attached (#12 on p. 2) and the MEDICARE MESSAGE section attached (#13 on p. 2-3).
13. ☐ If marked, I am a CHAMPUS/CHAMPVA patient and have received the MEDICARE & CHAMPUS/CHAMPVA COVERAGE section attached (#12 on p. 2) and the MEDICARE MESSAGE section attached (#13 on p.2-3).
14. As the Patient, I have read and I understand my rights and responsibilities including the Title VI of the Civil Rights Act of 1964 (#14 on p. 3-4).
15. As the Patient, I acknowledge that I received a copy of St. Vincent Health System's Notice of Privacy Practices. (#15 on pp. 4-8).

**I CERTIFY THAT I HAVE READ AND AGREE TO THE FOREGOING AND RECEIVED A COPY OF PAGES 1-8.**

| | | |
|---|---|---|
| Patient | 3/17/09 | 0415 |
| | Date | Time |
| Patient Representative | Date | Time |
| Relationship | Reason | |
| Address | Phone # | 0415 |
| Witness | Date | Time |

---

### ST. VINCENT HEALTH SYSTEM

☐ St. Vincent Infirmary Medical Center
2 St. Vincent Circle, LR, AR 72205

☐ St. Vincent Doctors Hospital
6101 St. Vincent Circle, LR, AR 72205

☐ St. Vincent Medical Center/North
2215 Wildwood Ave., Sherwood, AR 72120

DATE:   08/17/09   ROOM/BED:
HANNAS, GABE
A0922900008   ER -O UNIT:
32Y   MRN 00704375   11/18/76
DR DANIEL,WILL A   FC: S



+ CATHOLIC HEALTH
  INITIATIVES

## St.Vincent Health System

SVI Infirmary
2 ST VINCENT CR
Little Rock, AR-Arkansas 72205

Patient Name:          HANNAS, GABE
Medical Record #       704375
Location:              SVI Waitroom (SVI)
Attending Physician:   DANIEL III, WILL A
Admission Date:        08/17/09

Financial #                  A0922900008
Date of Birth:               11/18/76
Gender:                      Male
Discharge Date:              08/17/09  :

### ALL CLINICALLY PERTINENT INFORMATION HAS BEEN PRINTED ON THE PREVIOUS PAGE(S).

Page ~~3~~57

# UAMS Hospital Records



*0047422819245*

ED   09/02/2009





**UAMS
MEDICAL
CENTER**

UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

---

## UAMS Medical Center
## Triage Note

---

| **Hannahs, Gabe T** | Emergency | 32y    M | Freeze-Ramsey, Rachael L (6737) |
|---|---|---|---|
| | | 11-18-1976 | 000474228/004742281-9245 |

**ED Triage Note**

Authored: Sep -02-2009  17:18     By: Book, Keri L (RN)     [Entered: Sep -02-2009  17:25]

**Arrival Date / Time**
- Arrival Date and Time:             Sep-02-09 16:53

**Triage Date / Time**
- Triage Date and Time:             Sep-02-09 17:18

**Chief Complaint**
- ED Chief Complaint:             Fractured Arm
- Triage notes:             prisoner brought in by PCSO Officer with reports of left arm fracture on 08/14/09 during altercation - was
seen at SVI on 08/17 and had cast placed - removed cast himself on 08/27/09 due to getting wet and itching
- was arrested on 08/28 and has not been able to see MD in jail - states that he cannot straighten, can not
sleep on it and cannot pick anything up - ROM limited by handcuffs at triage - SMCs intact

**Triage Assessment**
- Mode of Arrival:             Police
- Immunization History:             Unknown
- TB Screening:             Assessed, no deficiencies identified.
- Isolation:             Not applicable

**Vital Signs**
- LMP:             N/A
- Blood Pressure:             121/68
- Temp:             98.7   degrees F
- Pulse:             76   bpm
- Respiration:             16   breaths/min
- Pulse Ox:             96   %

**Pain Assessment**
- Pain Level:             8

**Acuity Level**
- Acuity Level:             4

*Handwritten notes:*

Surg - T/A
FMHx - CAD, HTN
Smoker - 1ppd /15
ETOH -
Drugs - THC, meth >
        last 2 wks
Unemployed

**Allergies:**
        codeine: Unknown   SOB
        iodine: Unknown   rash~

**Pertinent History:**
- Pertinent Medical Details   NONE

---

**Upper Extremity Injury**                    #40

**UNIVERSITY OF ARKANSAS FOR MEDICAL SCIENCES**

Check (✓) for normals, circle positives, slash negatives, note findings

Date: 9/2/09   E.P. time: 1819   Age: 32   Wt: ___   Sex M/ F

P: 76   BP: 121 / 68   RR: 16   Temp: 98.7

Chief Complaint:   Injury to { R (L) shoulder / upper arm / elbow }

(59)

**047 42 28 1 9245**

HANNAHS, GABE T
9121 W 34TH ST        O
LITTLE ROCK        AR 72204
11181976 MW660 635-1874

Referred by: ___
self / clinic / PMD / family / EMS
Arrived by: PCSO
EMS / walk-in / wheelchair
Historian: ___
patient / family / friend / EMS
Hx limited by: ___
Altered LOC / acuity / intoxication

09/02/09 ED

---

## HPI
**Onset:** ___ undetermined
Occurred: ___ time 8/14/09 date
___ mins / hrs / days PTA
chronic prob / exacerbat. of chronic prob

**Locale:**
home / work
Other:

**Activity during injury:**
MVC & altercation
P.D.

**Mechanism of injury:**
Twist: ext / int
abduction / adduction
hyperflexion / hyperextension
jam / fall / direct blow / crush / cut / GSW /
stab / F. B. penetration / burn
repetitive injury

**Location (anatomic):**
Neck: R / L
Shoulder: R / L      Upper arm: R / L
Elbow: R / L      Forearm R / L

**Injury description (quality):**
deformity / dislocation / sprain / strain / contusion /
laceration / puncture / stab / abrasion /
GSW / F. B. / burn / infection /
Pain: at rest / with use / none
Pain quality: sharp / dull / aching / throbbing

**Severity:**
Able to use extremity: ___ normal
only with pain
Unable: immediate / p ___ hrs / days
Pain (0-10) 8   mild / mod / severe
Is level of pain appropriate to injury?
yes > than apparent injury
F.B.: unlikely / unknown / likely

**Timing:**
Onset of pain ā injury: none / immediate /
gradual / delayed ___ hrs / days
Pain: increasing / constant / decreasing

**Exacerbated by:** ___ nothing
movement / palpation / positioning

**Relieved by:** ___ nothing
ice / elevation / rest /
Other:

**Assoc. sxs:** ___ none
Swelling: immediate / gradual / > 24 hrs p
numbness / tingling / cold fingers
Progressive: pain / swelling / numbness /
weakness / pallor

**Prior Rx:** ___ none
EMS:
Other:

seen SVI ē subsequent splint 8/17
self removed 8/27/09

---

## Past, Family, Social History:
**PMH:** ___ none ___ unknown
Handedness R / L
Prior injuries to: shoulder / upper arm /
elbow / forearm / wrist / hand / fingers
bursitis / tendonitis
carpal tunnel
Other upper ext. probs:
arthritis / CAD / IDDM / NIDDM /
thrombophlebitis / clotting probs

**Meds:** ✓ none ___ see RN note
ASA / NSAIDs / coumadin
insulin / steroids

Allergies: ___ see RN note
codeine redine

Tetanus current: ___ yes / no

**Surgical Hx:** ___ none ___ unknown
hand / upper ext / surgery   Other: T/A

**Family Hx:** ___ none ___ unknown
CAD, HTN

**Social Hx:** ___ unknown
Tobacco: ___ ppd 5 yrs
current ___ no ___ yes
ETOH: Ø   drinks / wk
Recent?
Drugs: THC / meth
Occupation: Ø
Home situation: lives alone

---

## Physical Exam:
___ Exam limited by: urgency of condition / pt. uncooperative
**Gen:** Anxious: ___ no / mild / mod / severe   Distress: ___ no / mild / mod /
severe
**CV:** ✓ reg rate, rhythm
heart sounds nl
**Resp, Chest:** ✓ no resp distress
breath sounds nl, clear, equal
**GI / Abdomen:** ✓ nl appearance
soft, nontender
**MSK:** ✓ gait nl
✓ toes, nails nl
**R upper ext:** ✓ inspect. nl, no swelling, deformity
ROM full ā pain: ___ neck ___ shoulder ___ elbow ___ wrist ___ fingers & thumb
Nontender: ___ neck ___ chest ___ shoulder ___ upper arm ___ elbow ___ forearm ___ wrist ___ hand ___ fingers & thumb
Stable: ___ shoulder ___ elbow
✓ strength and tone nl
**L upper ext:** ✓ inspect. nl, no swelling, deformity
ROM full ā pain: ___ neck ___ shoulder ___ elbow ___ wrist ___ fingers & thumb
Nontender: ___ neck ___ chest ___ shoulder ___ upper arm ___ elbow ___ forearm ___ wrist ___ hand ___ fingers & thumb
Stable: ___ shoulder ___ elbow
✓ strength and tone nl
**Skin:** ✓ nl appearance ē cyanosis
✓ warm & dry, nl capillary refill
**Neuro:** ✓ alert & oriented x 3
✓ motor, sensory nl
**Psych:** ✓ affect, mood nl
✓ judgment, memory nl

Comments:

| VASC. EXAM(0-2, 2=nl) | R | L |
|---|---|---|
| Brachial art. | | |
| Radial art. | 2 | 2 |
| Ulnar art. | 2 | 2 |

| NEURO EXAM(0-2, 2=nl) | R | L |
|---|---|---|
| Axillary n. | | |
| Mtr. shoulder abduct | 2 | 2 |
| Sns. lat. shoulder | 2 | 2 |
| Ulnar n. | | |
| Mtr. finger abd. / add. | 2 | 2 |
| Sns. tip of 5th finger | 2 | 2 |
| Radial n. | | |
| Mtr. wrist extens. | 2 | 2 |
| Sns. dorsal 1st web sp. | 2 | 2 |
| Median n. | | |
| Mtr. thumb opposit. | 2 | 2 |
| Sns. tip of 2nd finger | 2 | 2 |

✓ no impingement sign
no pain ē elbow extension
Pain ē axial loading of: forearm / elbow / upper arm

(phys. exam cont., p. 2)

---

## ROS:
All systems reviewed: ___ negative ___ negative except as marked

___ Constit: fever / chills / weakness
___ Eyes: vision probs
___ ENT: ear, nose, or throat probs
___ CV: chest discomfort / palpitations
___ Resp: breathing probs / cough
___ GI: abdominal discomfort
___ GU: urinary probs / kidney probs
LMP: ___ nl / abnl

___ MSK: other painful areas:
___ Skin: skin probs
___ Neuro: prior hand probs / seizures / blackouts
___ Psych: psych probs
___ Hemat / Lymph: bruising / bleeding
___ Endo: polyuria / polydipsia
___ Immun / Allerg: HIV / AIDS

Copyright © 2000-3005, EvolveMed.   Photocopying without permission is prohibited

E.D. PHYSICIAN RECORD      AAEM Templates      http://www.aaem.org      Page 1 of 2

60

0047 42 28 1 9245
HANNAHS, GABE T          E
9121 W 34TH ST
LITTLE ROCK          AR  722040000
                     (660) 835-1874
11/18/1976      M      W          0047422819245          ED  09/02/09
          09/02/09   ED




**UAMS**
**MEDICAL CENTER**
UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

## Emergency Department Nursing Record

| Time | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

### Procedures / Interventions

| Time | Initials | | Time | Initials | |
|---|---|---|---|---|---|
| | | [ ] Oxygen @ ___ L NC [ ] NRB | | | Venipuncture for lab |
| | | [ ] POx | | | Blood cultures drawn prior to giving antibiotics - date: |
| | | [ ] Cardiac Monitor | | | Precautions ___ |
| | | [ ] NIBP | | | Assisted MD with pelvic |
| | | [ ] Ice / elevation | | | Restraint form initiated |

### IV Therapy / IV Intake / Total Fluids / Output

| IV site | Size | Time ↑ | Solution | Amt. | Amt. abs | Fluid type | Amount | Time | Urine | Other |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | PO | | | | |
| | | | | | | IVF | | | | |
| | | | | | | Blood | | | | |
| | | | | | | Other | | | | |
| | | | | | | TOTAL | | TOTAL | | |

### Vital Signs / Procedures

| Time | Temp | P | R | BP | Rhy | SpO2 | LOP | Procedures | Time | Size | Initials | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Central Vascular access | | | | |
| | | | | | | | | Foley / Quick cath | | | | |
| | | | | | | | | NG / OG | | | | |
| | | | | | | | | Intubation | | | | |
| | | | | | | | | Chest tube(s) [ ]R [ ]L | | | | |
| | | | | | | | | [ ] cane [ ] crutches [ ] walker [ ] Ace wrap [ ] knee immobilizer | | | | |
| | | | | | | | | [ ] moderate sedation (see flow sheet) [ ] blood transfusion | | | | |

### Non-Communicative Pain Assessment / ED / ADH HOLD

| Time | unable to report due to: | Assume pain present | Behaviors | Intervention | Time | Reassess | Initials | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | [ ] inpatient  [ ] OBS |
| | | | | | | | | [ ] ICU  [ ] 4A |
| | | | | | | | | [ ] ICU flowsheet initiated  Time: ___ |
| | | | | | | | | [ ] M/S FLowsheet initiated  Time: ___ |

| Disposition: | Personal Belongings: | Initials | Signature |
|---|---|---|---|
| [ ] discharged  [ ] home  [ ] shelter | Clothing:  [ ] none | | |
| [ ] death in ED  [ ] LWBS | [ ] with patient  [ ] home/family | Print Name | |
| [ ] eloped  [ ] AMA  [ ] trans to ___ | [ ] contact lenses  [ ] glasses  [ ] see list | | |
| [ ] admit to: [ ] inpt. [ ] SSU Room ___ | [ ] hearing aid  [ ] dentures | | |
| [ ] report called to: ___ | Valuables:  [ ] none | Print Name | |
| [ ] trans by RN: ___  [ ] trans Pct. | [ ] with patient  [ ] home/family  [ ] safe | | |
| [ ] monitor  [ ] O2  [ ] other | | Print Name | |

D/C vital signs:  T:___  P:___  R:___  BP:___  SpO2:___  LOP:___

DATE OUT: ___          TIME OUT: ___          Print Name

Disposition condition: [ ] improved  [ ] treated / stable  [ ] treated condition unchanged

RN Signature: ___          [ ] MD d/c Date: ___  Time: ___

MR850 (06/09) Back
ED

PRINTED BY: dlgrays          DATE      1/11/2010

0047 42 28  1 9245

HANNAHS, GABE T                    E
9121 W 34TH ST
LITTLE ROCK        AR      722040000
11/18/1976    M   W    (660) 635-1874
FREEZERAMSEY, RACHAEL        006737
SELF PAY US        09/02/09    ED

0047422819245                    ED  09/02/09




**UAMS**
**MEDICAL**
**CENTER**
UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES

**Emergency Department Nursing Record**

Room: _____  Time to Room: _____

Primary Language: [ ] English  [ ] Spanish  [ ] Other _____
[ ] See triage sheet    [ ] Pt Triaged - back to waiting room, time: _____

## Initial Nursing Assessment Date/Time:

| Mental Status: | Behavior: | Pain: | Chronic Deficits: | Living Situation: |
|---|---|---|---|---|
| [ ] awake, alert, oriented x3 | [ ] unconscious | [ ] Denies [ ] NCPS (see back) | [ ] legally blind [ ] none | [ ] with family/friends |
| [ ] awake, oriented _____ | [ ] calm [ ] anxious | Pain Severity: ____ 1-10 | [ ] hearing aid | [ ] alone |
| [ ] responds to verbal stimuli | [ ] w'drawn/depressed | Location: _____ | [ ] amputation/paralysis | [ ] nursing home |
| [ ] responds to painful stimuli | [ ] irritable/defensive | Onset: _____ | [ ] AV shunt [ ] R [ ] L | [ ] homeless |
| [ ] unresponsive | [ ] hostile/aggressive | Characteristics: _____ | [ ] mastectomy [ ] R [ ] L | [ ] _____ |
| | [ ] PEEP | Duration/frequency: _____ | [ ] walker [ ] cane [ ] brace | Current services: |
| | [ ] Suicidal ideations | Alleviating factors: _____ | [ ] other _____ | |
| | [ ] Homicidal ideations | Aggravating factors: _____ | | |
| | [ ] Admits hopeless | | | |

| Domestic Issues D.V. Screen | Nutrition: | Speech: | Skin: |
|---|---|---|---|
| By federal mandate because the incidence of abuse is increasing we are required to ask all patients these questions. | [ ] WDWN [ ] obese | [ ] normal | [ ] dry & warm [ ] moist [ ] cool |
| Are you in a relationship which causes you fear, pain or injury? Y/N | [ ] malnourished | [ ] slurred | [ ] hot  [ ] mottled [ ] pale |
| Do you need information on how to get help if you have been abused either physically, emotionally, sexually? Y/N | [ ] denies issues | [ ] aphasic | **Mucous Membranes:** |
| | [ ] deferred | | |
| | [ ] stated ht._____ wt._____ | | [ ] dry _____ [ ] moist _____ |

| Safety | Barriers to Learning: | | |
|---|---|---|---|
| [ ] Age > 65 [ ] afraid of falling | Learner: [ ] Patient | [ ] Caregiver | [ ] Other: |
| [ ] fall in past 3 mos | Learning style: [ ] Audiovisual | [ ] Demonstration | [ ] Written  [ ] Verbal [ ] Other: |
| Fall risk Y/N [ ] blueband | Motivation: [ ] Motivated | [ ] Unmotivated | [ ] Unable to assess    RN |
| [ ] call light [ ] side rails up | Barrier Code:  N = None    P = Pain    S = Sedated    L = Language    O = Other: | | |

| Neuro: | Cardiac: | Respiratory: | | Abdomen: |
|---|---|---|---|---|
| [ ] N/A | [ ] N/A | [ ] unlabored | [ ] N/A [ ] R [ ] L | [ ] N/A [ ] soft |
| Pupils: [ ] PERL | Chest pain now [ ] Y [ ] N | [ ] slow    breath sounds: [ ] R [ ] L | | [ ] distended [ ] guarding [ ] rigid |
| Size: L_____ R_____ | [ ] radiating | [ ] retraction    clear [ ] R [ ] L | | Tenderness: |
| Reaction: L_____ R_____ | [ ] non-radiating | [ ] rapid    crackles [ ] R [ ] L | | [ ] none [ ] epigastric [ ] rebound |
| GCS: _____ | HR: | [ ] dyspnea    wheezes [ ] R [ ] L | | [ ] ruq [ ] luq [ ] rlq [ ] llq |
| Deficits: _____ | [ ] regular [ ] irregular | [ ] shallow    diminished [ ] R [ ] L | | Other: _____ |
| [ ] MAE | Edema: [ ] Y [ ] N | [ ] deep    absent | | Bowel sounds: |
| [ ] = strength | [ ] monitor strip to chart | [ ] stridor _____ | | [ ] present [ ] dimin. [ ] absent |
| [ ] neuro flowsheet | [ ] aspirin given | [ ] cough | | Last BM: _____ |

| GU: | Extremities: | EENT: | OB/Gyn: |
|---|---|---|---|
| [ ] N/A | [ ] N/A | [ ] N/A    Ears:  [ ] R [ ] L | [ ] N/A |
| [ ] voiding difficulty | [ ] move all well [ ] = strength | [ ] pain    [ ] R [ ] L | GR_____ Para_____ AB_____ |
| [ ] flank pain [ ] R [ ] L | deformity [ ] RA [ ] LA [ ] RL [ ] LL | Eyes:  [ ] tinnitus [ ] R [ ] L | Vaginal bleeding [ ] Y [ ] N |
| [ ] dysuria [ ] hematuria | +SMC [ ] RA [ ] LA [ ] RL [ ] LL | [ ] VA    [ ] drainage | Vaginal discharge [ ] Y [ ] N |
| [ ] frequency [ ] urgency | [ ] edema: _____ | R_____  [ ] acute deficits _____ | [ ] FHT_____ |
| [ ] unable to void _____ | laceration/abrasion: _____ | L_____ | |
| | [ ] neuro vasc flowsheet | Throat: [ ] redness [ ] exudate | RN |

Not assessed _____ [ ] Due to severity of illness/injury pt. unable to adequately provide information    [ ] Other _____

| Nsg Diagnosis [check] | TIME | Narrative |
|---|---|---|
| Knowledge Def [ ] | | ARMS Arm sling to (L) arm per APN. Assessed & treated |
| Body Temperature, Alt [ ] | | per APN.                    ↗ Better |
| Thought Process, Alt [ ] | | |
| Tissue Perfusion, Alt [ ] | | |
| Airway Clearance, Alt [ ] | | |
| Nutritional, Alt [ ] | | |
| Comfort, Alt [ ] | | |
| Mobility, Imp [ ] | | |
| Sensory, Percep, Alt [ ] | | |
| Breathing Ineff [ ] | | |
| Elimination, Alt [ ] | | |
| Cardiac Output, Alt [ ] | | |
| Skin Integrity, Alt [ ] | | |
| Gas Exchange, Alt [ ] | | |
| Anxiety [ ] | | |
| Rape Trauma Syndrome [ ] | | |
| Other [ ] | | |



MR850 (06/09) front
ED

62

\* Pulaski County Jail Grievances

EMERGENCY

Medical

# GRIEVANCE FORM 63

## ONLY ONE (1) GRIEVANCE PER SHEET

For Office Use Only:

Date Received: 09-03-09

Inmate's Name: GABE HANNAH  Intake #: 1157-09

Unit: I  Job Assignment: N/A

Have you discussed this problem with your Unit Deputy? Yes X  No _____

Provide a description, or explain the nature of your problem:

- I went to UAMS yesterday + got my elbow wrapped + new sling for my broken Arm. I told the Doctor I have elbow sleeves Fixed for my Arm. She said to use them after my wrap wears out.
- My wrap was removed + taken from my cell by officer.
- My elbow sleeves are in my property. Per officer gibbs.
- This is ridiculous. I have a broken arm.

What do you want to happen to solve your problem?

My elbow sleeves out of my property brought to me.

Inmate's Signature: Gabe Hannah  Date: 9-3-09

Is this an emergency situation?  Yes X  No _____  If so, explain why.

I have a broken Arm + need my sleeves. They limit movement.

(An emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any deputy department employee who will sign the attached emergency receipt, give you the receipt and deliver the remaining for, without undue delay, to the Watch Commander, or designee.  **Reprisals:** If you are harmed or threatened because of your use of the grievance form, report it immediately to the Watch Commander.

**Abuse of this program will result in disciplinary action.**

Tear Here

To be completed by the receiving member,

## Receipt for Emergency Situations

Received from which inmate? _____  Intake #: _____

Date: _____  Time: _____

_____        _____        _____
Printed Name of receiving member    D.S.N    Signature of receiving member

Inmate's Name: _Haundis, G_ Intake #: _115709_ Grievance#: _A-2200_

## Grievance Officer's Decision

(64)

Signature of Grievance Officer or Designee            Title            D.S.N.            Date

Signature of inmate receiving response            Date

## Inmate's Appeal

If you are not satisfied with this response you may appeal this decision within ten (10) days by completing the information below. **Remember,** you are appealing the decision concerning the original complaint.

**Do not list any additional issues which are not part of your original complaint.**

**Why do you not agree with this response?**

_____            _____            _____
Inmate's Signature            Intake Number            Date

## Appeal Response

Signature of Chief or Designee            Title            D.S.N.            Date

_____            _____            _____
Inmate's Signature            Intake Number            Date

If you leave the PCRDF prior to receiving an answer to your grievance, you may write us for the official response. You must include a self-addressed stamped envelope to the attention of the grievance officer at 3201 W. Roosevelt Rd., Little Rock, AR 72204.

(65) **GRIEVANCE FORM**

For Office Use Only:
#. NG
Date Received:
02-08-09

4/3

## ONLY ONE (1) GRIEVANCE PER SHEET

Inmate's Name: Gabe Hannahs          Intake #: 11157-09

Unit: I          Job Assignment: N/A          (65)

Have you discussed this problem with your Unit Deputy? Yes X No _____

Provide a description, or explain the nature of your problem:

I have a broken arm. I was taken to UAMS and given a sling + a wrap. While I was gone to court (9-4) Deputy Vincent entered my cell + threw away my newspapers, religious material, and my wrap for my arm. When I confronted him about this he said "Get the medical to give you one". I told him it isnt that easy. He said, "sure it is, just tell them you need it". WOW!!! This place is out of hand.

* wrap = ace bandage
   I was from the hospital

What do you want to happen to solve your problem?
My wrap replaced. My elbow sleeve's out of my property - medical already said okay.

Inmate's Signature: ~~_____~~          Date: 9-5-09

Is this an emergency situation? Yes X No _____ If so, explain why.
Here I am stuck with a broken Arm, in pain, without m wrap. Arm not healing properly.

(An emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any deputy department employee who will sign the attached emergency receipt, give you the receipt and deliver the remaining for, without undue delay, to the Watch Commander, or designee. **Reprisals:** If you are harmed or threatened because of your use of the grievance form, report it immediately to the Watch Commander.

**Abuse of this program will result in disciplinary action.**

Tear Here

To be completed by the receiving member,

## Receipt for Emergency Situations

Received from which inmate? _____ Intake #: _____

Date: _____ Time: _____

_____          _____          _____
Printed Name of receiving member      D.S.N      Signature of receiving member

Inmate's Name: _Hannahs, C_   Intake #: _____   Grievance#: _NG_

## Grievance Officer's Decision

_(circled) 066_

—— Inmate Hannahs, This matter is non-grievable. The wrap that you are referring to was not
—— where it was supposed to be, which is on your broken arm. There is nothing in your
—— narrative that states, by medical, that you are allowed to have an ace bandage so you will
—— need to put in a sick call request and see medical and they will have to order an ace
—— bandage for you and put this information in youir narrative, which is policy.


_Fay Brawley_                _Grievance Officer_  ZITC  08080
Signature of Grievance Officer or Designee        Title        D.S.N.       Date

_____        _____
Signature of inmate receiving response        Date

## Inmate's Appeal

If you are not satisfied with this response you may appeal this decision within ten (10) days by completing the information below.
**Remember, you are appealing the decision concerning the original complaint.**

**Do not list any additional issues which are not part of your original complaint.**

**Why do you not agree with this response?**

_____        _____        _____
Inmate's Signature                Intake Number        Date

### Appeal Response

_(watermark: THIS IS A NONGRIEVANCE PLEASE CONSULT YOUR INMATE HANDBOOK)_

_____        _____        _____
Signature of Chief or Designee        Title        D.S.N.       Date

_____        _____        _____
Inmate's Signature                Intake Number        Date

PAGE 1 OF 2

Medical

T 413

# GRIEVANCE FORM
## ONLY ONE (1) GRIEVANCE PER SHEET

(67)

Inmate's Name: Gabe Hannah          Intake #: 1157-09

Unit: T-413          Job Assignment: N/A

Have you discussed this problem with your Unit Deputy? Yes X    No ___

Provide a description, or explain the nature of your problem:

My left arm is in serious pain. Because it went for so long without
any support to help the broken bone, due to security taking it
from me. My arm is swelled up it will not straighten, will not bend.
It creaks, it is caving in at the bone, it has twisted where I move.
I have asked Nurse Dill about Assembling impederly now.
She refuses to Answer Question, stating, "she's Not a Doctor,
but that after a few ____ will be put back to Medical", Auto
Johnson replaced the ____ where my arm is stacked he say
crooked like a claw. ____ ____ ____ Ms. he walked away
from my cell. When I gave ____ ____ instructions for
an "Ortho-Surgeon" if needed. It definetly is needed.

What do you want to happen to solve your problem?

SEE PAGE 2

Inmate's Signature: _____          Date: 9-27-09

Is this an emergency situation?     Yes X    No ___    If so, explain why.

SEE PAGE 2

(An emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be
declared for ordinary problems that are not of a serious nature.) If you checked yes, you may give this completed form
to any deputy department employee, who will sign the attached emergency receipt, give you the receipt and deliver the
remaining for, without undue delay, to the Watch Commander, or designee.     Reprisals: If you are harmed or
threatened because of your use of the grievance form, report it immediately to the Watch Commander.

Abuse of this program will result in disciplinary action.

Tear Here

To be completed by the receiving member:

## Receipt for Emergency Situations

Received from which inmate? _____          Intake #: _____

Date: _____     Time: _____

Printed Name of receiving member     DSN     Signature of receiving member

Inmate's Name: _Hannahs G_   Intake #: _____   Grievance#: _082455_

## Grievance Officer's Decision

Inmate Hannahs, Our Health Services Administrator responded
to your grievance and stated that your issue with your arm has
been addressed. On 09.24.09 you were seen by medical staff and
you were instructed to use the exercises that were in your poss-
ession.

Signature of Grievance Officer or Designee _____   Title _____   D.S.N. _____   Date 10-15-09

Signature of inmate receiving response _____   Date 10-15-09

## Inmate's Appeal

If you are not satisfied with this response you may appeal this decision within ten (10) days by completing the information below.
Remember, you are appealing the decision concerning the original complaint.

Do not list any additional issues which are not part of your original complaint.

**Why do you not agree with this response?**

Because I went for so long without any
support (med. supplies taken) that my arm has healed crooked. It will not
straighten or bend. Nurse Smith saw me + said she can't refer me to
outside Doctor (Ortho) only doctor can. He won't see me.

Inmate's Signature _____   Intake Number 11157-09   Date 10-15-09

## Appeal Response

I concur with the Grievance Officer

Signature of Chief or Designee _____   Title Chief   D.S.N. _____   Date 10.20.09

Inmate's Signature _____   Intake Number _____   Date _____

medical

# GRIEVANCE FORM

## ONLY ONE (1) GRIEVANCE PER SHEET

For Official Use Only
Date Received:

**Inmate's Name:** GABE HANNAHS **Intake #:** 11157-09

**Unit:** T-413 **Job Assignment:** N/A

Have you discussed this problem with your Unit Deputy? Yes X No ____

Provide a description, or explain the nature of your problem:

I attempted to show Nurse Smith but she refuses to listen to me or answer the obvious question about my messed up, + healed improper arm. CMS does not want to deal with it or pay for it, or whatever. But I am in severe pain and all I get is Motrin. My arm needs to be looked at by a specialist immediately. I have Deputy Fields as a witness to how the Doctor walked away - and Nurse Smith refused to help or answer. He said he would be glad to tell truth for me. Nurse Spears has spoken with my father, lied to him, she is aware of situation + does nothing. I'm hurting, My arm is disfigured, I need treatment.

What do you want to happen to solve your problem?

I want to see a orthopedic specialist, properly medicat

**Inmate's Signature:** _____ Here **Date:** 9-27-09

Is this an emergency situation? Yes X No ____ If so, explain why.

My Arm is disfigured, can't move it, sleep on it, In serious pain

(An emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any deputy department employee who will sign the attached emergency receipt, give you the receipt and deliver the remaining for, without undue delay, to the Watch Commander, or designee. **Reprisals:** If you are harmed or threatened because of your use of the grievance form, report it immediately to the Watch Commander.

**Abuse of this program will result in disciplinary action.**

------------------------------------------- Tear Here -------------------------------------------

To be completed by the receiving member,

## Receipt for Emergency Situations

Received from which inmate? _____ Intake #: _____

Date: _____ Time: _____

_____ _____ _____
Printed Name of receiving member D.S.N Signature of receiving member

**Inmate's Name:** *Hannah G*   **Intake #:** _____   **Grievance#:** *09-2455*

## Grievance Officer's Decision

_____
_____
_____
_____
_____
_____
_____
_____
_____

| Signature of Grievance Officer or Designee | Title | D.S.N. | Date |

| Signature of inmate receiving response | Date |

## Inmate's Appeal

If you are not satisfied with this response you may appeal this decision within ten (10) days by completing the information below. **Remember, you are appealing the decision concerning the original complaint.**

**Do not list any additional issues which are not part of your original complaint.**

**Why do you not agree with this response?**

_____
_____
_____

| Inmate's Signature | Intake Number | Date |

## Appeal Response

_____
_____
_____

| Signature of Chief or Designee | Title | D.S.N. | Date |

| Inmate's Signature | Intake Number | Date |

# GRIEVANCE FORM

## ONLY ONE (1) GRIEVANCE PER SHEET

Date Received: 10-2-09

Inmate's Name: GABE HANNAHS    Intake #: 11157-09

Unit: T-413    Job Assignment: _____

Have you discussed this problem with your Unit Deputy? Yes __X__ No _____

Provide a description, or explain the nature of your problem:

I have Filed several sick calls + grievance concerning my arm & seeing an orthopedic doctor. I have the receipt signed by Dep Beasley. (2 pages) And then I filed another 2 page one about my Arm. I have never received them back From Grievance officer Sgt. Brawley. And in this time my arm is getting worse & worse. I need medical expertise in the orthopedic dept. immediately My ARM HURTS SO BAD. It's healing crooked.

What do you want to happen to solve your problem?

To be taken to Orthopedic Doctor for Follow up like UAMS said to do it needed. It is becau of lack of treatment

Inmate's Signature: _____ Date: 10-1-09

Is this an emergency situation? Yes __X__ No _____ If so, explain why.

Because I'm in extreme pain

---

(An emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any deputy department employee who will sign the attached emergency receipt, give you the receipt and deliver the remaining for, without undue delay, to the Watch Commander, or designee.    **Reprisals:** If you are harmed or threatened because of your use of the grievance form, report it immediately to the Watch Commander.

### Abuse of this program will result in disciplinary action.

----------------------------------------- Tear Here -----------------------------------------

To be completed by the receiving member,

## Receipt for Emergency Situations

Received from which inmate? _____    Intake #: _____

Date: _____    Time: _____

_____    _____    _____
Printed Name of receiving member    D.S.N    Signature of receiving member

i_s_f    Page 1 revised-9/17/98

Inmate's Name: HANNAHS Gabe    Intake #: 1115 7-09    Grievance #: _____

## Grievance Officer's Decision

Inmate Hannahs, Every grievance is answered and returned to you in a timely manner. Medical has responded to all of them and so have I.

_____    _____
Signature of Grievance Officer or Designee    Title    D.S.N.    Date

_____
Signature of inmate receiving response    Date

## Inmate's Appeal

If you are not satisfied with this response you may appeal this decision within ten (10) days by completing the information below. **Remember, you are appealing the decision concerning the original complaint.**

**Do not list any additional issues which are not part of your original complaint.**

**Why do you not agree with this response?**

_____    _____    _____
Inmate's Signature    Intake Number    Date

## Appeal Response

_____    _____    _____
Signature of Chief or Designee    Title    D.S.N.    Date

_____
Inmate's Signature    Intake Number    Date

P. 73

This is a receipt for a grievance I never got a response to. I wrote a grievance about no responses also. Pulaski County said they respond to all grievances. What about this one?

---

Tear Here

To be completed by the receiving member,

## Receipt for Emergency Situations

Received from which inmate? Hannahs, Gabe          Intake #: 1157-09

Date: 10/12/09          Time: 38

Deputy D. Hodge          2342          _____

Printed Name of receiving member     D.S.N     Signature of receiving member

i_g_f     Page 1 revised-9/17/98

GRIMES
300 W.A.C.
NEWTON

T 415

(P. 74)

# GRIEVANCE FORM

## ONLY ONE (1) GRIEVANCE PER SHEET

For Office Use Only

Inmate's Name: **GABE HANNAHS**   Intake #: **11157-09**

Unit: **T** _____   Job Assignment: _____

Have you discussed this problem with your Unit Deputy? Yes **X** No _____

Provide a description, or explain the nature of your problem:

The grievances I file are not coming back. They remain unanswered. I have several receipts signed by officers but they are turned in and never responded to. I previously wrote a grievance on this issue + Sgt. Brawley (Grievance officer) responded stating they are responded to. But they are not, I'm not sure if medical grievances are being kept by Medical or grievance officer but I am not getting any response. Example on 10-12 Deputy Hodge took a Medical Grievance from me signed my receipt (dated + time with DSN 2342) NO Response

What do you want to happen to solve your problem? Issue looked into. Where are my Grievances? All Grievances Returned No matter who response

Inmate's Signature: _____   Date: 10-17-09

THIS IS A NON-EMERGENCY
PLEASE CONSULT YOUR
INMATE HANDBOOK

Is this an emergency situation? ____ Yes ____ No ____ If so, explain why.

_____

_____

(An emergency situation is one in which you may be subject to a substantial risk of bodily harm. It should not be declared for ordinary problems that are not of a serious nature.) If you marked yes, you may give this completed form to any deputy department employee who will sign the attached emergency receipt, give you the receipt and deliver the remaining for, without undue delay, to the Watch Commander, or designee.       Reprisals: If you are harmed or threatened because of your use of the grievance form, report it immediately to the Watch Commander.

## Abuse of this program will result in disciplinary action.

Tear Here

To be completed by the receiving member,

## Receipt for Emergency Situations

Received from which inmate? _____   Intake #: _____

Date: _____   Time: _____

## Grievance Officer's Decision

75

Inmate Hannahs, All grievances are answered whether they are grievaable or non-grievable. They are filed and stored in this facility for 5 years.

_____         _____  2122  10-26-11
Signature of Grievance Officer or Designee    Title         D.S.N.      Date

_____
Signature of inmate receiving response          Date

## Inmate's Appeal

If you are not satisfied with this response you may appeal this decision within ten (10) days by completing the information below.
Remember, you are appealing the decision concerning the original complaint.

**Do not list any additional issues which are not part of your original complaint.**

## Why do you not agree with this response?

_____         _____         _____
Inmate's Signature                 Intake Number                     Date

## Appeal Response

_____         _____         _____
Signature of Chief or Designee     Title              D.S.N.         Date

_____         _____         _____
Inmate's Signature                 Intake Number                     Date

Page 76

# Pulaski County Jail
# Medical Records

Name: Hannahs, Sabe          BI# 113759   DO 1/8/76   Date 9-28-08

## CLIENT TB SCREENING QUESTIONS

1. Do you have a cough that has lasted longer than 2 weeks   [ ] Yes [x] No [ ] Don't know
2. In the past 3 months
   a. Have you lost your appetite?   [x] Yes [ ] No [ ] Don't know
   b. Have you lost weight without dieting?   [x] Yes [ ] No [ ] Don't know
   c. Have you had fever, chills, or night sweats
      requiring a change of clothes or linens?   [x] Yes [ ] No [ ] Don't know
   d. Have you coughed up blood or produced
      yellow or green sputum?   [x] Yes [ ] No [ ] Don't know
   e. Have you been feeling very tired?   [x] Yes [ ] No [ ] Don't know

3. Have you ever had a positive TB skin test?   [ ] Yes [x] No [ ] Don't know
4. Have you ever had an abnormal chest x-ray?   [ ] Yes [x] No [ ] Don't know
5. Have you recently had the mucous you coughed
   up tested for TB?   [ ] Yes [x] No [ ] Don't know
6. Have you ever been told you had TB?   [ ] Yes [x] No [ ] Don't know
7. Have you ever taken medicine for TB?   [ ] Yes [x] No [ ] Don't know
8. Have you ever lived with or had close contact
   with someone who had TB?   [ ] Yes [x] No [ ] Don't know
9. Were you born in the United States?   [x] Yes [ ] No
10. If no, in what country were you born? _____
11. What year did you move to the United States? _____  [ ] Don't know
12. Has a health practitioner ever told you that your immune system isn't working right or can't fight
    infection?   [ ] Yes [x] No [ ] Don't know
13. Have you ever tested positive for HIV infection?   [ ] Yes [x] No [ ] Don't know
14. Have you had an organ transplant?   [ ] Yes [x] No [ ] Don't know
15. Are you currently receiving steroid therapy?   [ ] Yes [x] No [ ] Don't know

   a. If yes, what medication? _____

   b. What is the dose of the medication? _____ mg _____ unknown

   c. For how long have you received this medication? _____ weeks _____ unknown

16. Are you currently receiving cancer chemotherapy?   [ ] Yes [x] No

| Visual Opinion | | |
|---|---|---|
| Does this person have a cough? | Yes | No |
| Is this person sweating? | Yes | No |
| Does this person appear to be ill? | Yes | No |

Inmate Signature _____   Screened by _____

**PCRDF**
**MEDICAL**

INTAKE MEDICAL HISTORY AND SCREENING FORM (J-30)

| INMATE NAME | SOCIAL SECURITY | DOB | RACE/SEX | BOOKIN# |
|---|---|---|---|---|
| Hannahs, Gabe | 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 | 11/18/76 | WM | 1115-09 |

## INMATE QUESTIONNAIRE

| | CIRCLE ONE |
|---|---|
| 1. Do you have a medical problem such as bleeding or injuries that require immediate medical attention? | Y (N) |
| 2. Have you fainted or had a head injury within the past six months? | Y (N) |
| 3. Are you allergic to any medication? carriene, lodiene | (Y) N |
| 4. Have you received medical treatment by any medical person in the past six months? | (Y) N |
| 5. Do you wear dentures or partial plate? | Y (N) |
| 6. Do you wear glasses or contact lens? | Y (N) |
| 7. Do you have prosthesis, splint, crutches or brace? | Y (N) |
| 8. Do you drink alcoholic beverages? How often? ___ How much? ___ Last drink: ___ | Y (N) |
| 9. Do you use drugs of any kind? Type: Marijuana, heron, cocaine How often? daily Last time: 8-27-09 | (Y) N |
| 10. Do you have any medical problems at this time? | (Y) N |
| 11. Do you have medical insurance? | Y (N) |

### FEMALE INMATES ONLY

| | |
|---|---|
| 1. Are you pregnant? | Y N |
| 2. Do you use birth control? Type: ___ | Y N |
| 3. Recently have a baby, miscarriage, or abortion? | Y N |
| 4. When was your last period? | |

### COMMENTS

## CURRENT MEDICAL CONDITIONS & HISTORY

| | | |
|---|---|---|
| Unconscious | Fever P. | Jaundice |
| Intoxicated | Nausea | Needle Marks |
| Lesions | Skin Infestation (78) | Coughing/Sneezing |
| Obvious Pain | Restricted Mobility | Swollen Glands |
| Bruises | Skin Rash | Vaginal/Penile Discharge |
| Arthritis | Hypertension | Dental Problems |
| Diabetes | Stomach Ulcer | Venereal Disease |
| Seizures | Cancer | Hepatitis |
| Asthma | Sickle Cell Anemia | HIV (refer for chest x-ray) |
| Heart Condition | Emphysema | Tuberculosis |
| Chest Pain | Surgeries | Persistent Sore Throat |

### OTHER MEDICAL CONDITIONS

Fx (L) arm x 2 wk cast
1/m removed
(L) inner thigh red area

at risk for Drug withdrawl

### TB SCREENING (J-12)

FILL OUT THE SEPARATE TB SCREENING AND STD TESTING FORM.

### VITAL SIGNS

HT: 58   WT: 160   T: 98°   P: 90   R: 14   BP: 115/67

## MEDICATIONS & TREATMENT

| Medication or Current Treatments | Provider | Provider or Pharmacy Location/Phone # | Verified Thru: | Verified |
|---|---|---|---|---|
| Seroquel | po BID | Wal-Mart Benton | 847·4615 778·5041 | |
| | | pt has D profile @ Walmart in Benton or Bryant Rholmes RN 8·31·09 @ 0930 | | |

List all known allergies (medication, food, substance):

## DISPOSITION

| | | | PLACEMENT: | |
|---|---|---|---|---|
| ___ No Referral Necessary | ___ Chest X-Ray | | ✓ General Population | |
| ___ RNP/MD Sick Call | ___ Sick Call Nurse | | ___ K or L unit | |
| ✓ RNP/MD (72 hour follow-up) | ___ Mental Health | | ___ Isolation | |
| ___ RNP/MD (chronic care clinic) | ___ Dental | | | |

I acknowledge that I have answered all questions truthfully. I have been informed of how to obtain access to health care services and I understand that filing a grievance is not the proper way to request medical treatment. I formally consent to routine health care provided by facility medical staff. I will not hold PCRDF liable for any medications that I have brought, or future medications brought in by others on my behalf. I further understand that any personal medications not picked up within thirty (30) days of my release, will be destroyed.

Inmates Signature: ___

Screened By: ___   Date: 8-27-09   Time: 1815

| Inmate Refused Screening |
|---|
| Inmate Refused to Sign: |

P. 79 

## EMERGENCY ROOM REFERRAL

T- 404

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**PULASKI CO. DETENTION FACILITY:**  Phone # (501) 340-7000 Ext 300 / Fax # (501) ????????

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

(Below to be filled out by P.C.R.D.F. Medical Staff)

Inmate's name: _Hannahs  Cathl_

DOB: _11/18/76_  Book-in number: _111 57-09_  SS# _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_

**MEDICAL HISTORY:**  (Circle if present or has history of)

| | | | |
|---|---|---|---|
| Unconscious | Fever | Jaundice | Allergies: |
| Intoxicated | Nausea | Night Sweats | |
| Lesions | Skin Infestation | Coughing / Sneezing | |
| Obvious Pain | Restricted Mobility | Swollen Glands | |
| Bruises | Skin Rash | Vaginal / Penile Discharge | |
| Arthritis | Hypertension | Dental Problems | Height: |
| Diabetes | Stomach Ulcer | Venereal Disease | Weight: |
| Seizures | Cancer | Hepatitis | |
| Asthma | Sickle Cell Anemia | HIV | Temp: |
| Heart Condition | Emphysema | Tuberculosis | Pulse: |
| Chest Pain | Surgeries | Soar Throat | Resp:   BP: |

**REASON FOR REFERRAL:**
Lt elbow ft. He removed a cast @ 7 days after placement. Now c pain

P.C.R.D.F. Medical Staff Signature: _Carle Newm_  Date: _9-2-09_

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## HOSPITAL STAFF: FILL OUT THE BELOW SUMMARY.

(The following information must be provided and returned to the Pulaski County Detention Facility for prompt processing of payments.  If hospital admission is recommended, you must  notify the detention facility beforehand).

Significant Findings:

Tests performed:

Diagnosis:

Recommendations:

Hospital staff signature: _AJBeliew RN_  Date: _9/2/09_



| Office of the Pulaski County Sheriff | **Official Memorandum** **Regional Detention Facility** |

To: ~~Property~~

From: Debra Canady

Re: Hannans, Gabe

Date: 09/14/09

I am taking (2) Black Arm Ace __ Care Black Elbo Pads to Medical for Dr. Johnson to eval. for Lt. Usa __ D Canady 309

Original Tag number 9293372

Replacement Tag number 9290604



# MEDICAL COMMUNICATION FORM

**To: Sgt's Office**

**From: Medical Department**

*My sling had already been taken.*

**Date:** 9-24-09

Inmate name HANNAHS, GABE

Book-in number 11157-09 _____ Housing Unit T

..................................................................

Move to: _____

Off work for _____ days/wks

Off work until evaluated by the physician _____.

Bedrest for _____ days.

Return to regular duties _____.

Remove from suicide watch _____.

Per: C. JOHNSON MD / C Smith

Physician / Nurse Practitioner / Nurse / Social Worker

..................................................................

Comments: MAY HAVE ARM SLING -TO (L) ARM.

_____

_____

_____

_____

Sgt. receiving the document from

Medical: _____ Date _____



## PHYSICIANS' ORDER

| NAME: Hannahs, Gabe | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B. 11.8.1.76 | Motrin 400mg BID PRN X 5days per protocol |
| ALLERGIES: NKDA | Dr Johnson / Pat Light NP |
| Use Last    Date 10.2.09 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  / | ① Weight tomorrow + 9 week |
| ALLERGIES: | ② Hepatitis Profile (A, B, C) & T4 TSH + HIV |
| Use Fourth    Date 10.21.09 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  / | ① LFT's |
| ALLERGIES: | ② Refer to Dental please |
| Use Third    Date 10.28.09 | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  / | |
| ALLERGIES: | |
| Use Second    Date  /  / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

| NAME: | DIAGNOSIS (If Chg'd) |
|---|---|
| D.O.B.  /  / | |
| ALLERGIES: | |
| Use First    Date  /  / | ☐ GENERIC SUBSTITUTION IS **NOT** PERMITTED |

60110 (5/85)

P. 83

## PHYSICIANS' ORDER

| | |
|---|---|
| NAME: *Hannahs Gabe* | DIAGNOSIS (If Chg'd) |
| | (1) Transfer to UAMS. — ed. |
| D.O.B.   /   / | Noted D. Canady 9/2/09 1542 |
| ALLERGIES: | |
| Use Last    Date 9/2/09 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: Hannahs, Gabe | DIAGNOSIS (If Chg'd) |
| | (1) Ibuprofen 400mg PO BID X 5 days |
| D.O.B. 11/18/76 | Noted D. Canady 9/2/09 Per Protocol Dr. Johnson/D. Canady,yp |
| ALLERGIES: Codeine, Iodine 9/2/09 3/15 | |
| Use Fourth    Date 9/2/09 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | (1) DIAGNOSIS (If Chg'd) |
| | (1) Dilantin 100 mg BID X 90 days. |
| D.O.B.   /   | noted Wilson 9/23/09 1523 | (2) Please find out why his sling was taken + get it back to him. |
| ALLERGIES: | |
| Use Third    Date 9/23/09 | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) Nurse C. Smith, RN aware of situation to provide new sling. copy of current orders @ Nurse C. Smith. DONE'd TO DETAINEE @ 1100 9/24 C.Smith |
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use Second    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |
| NAME: | DIAGNOSIS (If Chg'd) |
| D.O.B.   /   / | |
| ALLERGIES: | |
| Use First    Date   /   / | ☐ GENERIC SUBSTITUTION IS NOT PERMITTED |

60110 (5/85)

| Date/Time | Inmate's Name: HANNAHS, Gabe | D.O.B.: 11/18/76 |
|---|---|---|

10/21/09   Pt. MD Clinic c/o ↓ referral: exposure to HIV via girlfriend; wt loss; thyroid

Patient was seen today because his time to be seen on the schedule was today. I explained to him that he has had 3 sling which has been given to him and that the nursing staff (and myself) each time upon visiting him he is not wearing his sling. He has a small avulsion fx of the Lt elbow ✗ He is not c/o pain nor requested pain meds ✗

Today he worries ? exposure to HIV, Hep C etc. These will be tested. He also c/o weight loss. Weight will be done tomorrow & q week to assess weight. He states that he wrote the medical board because he couldn't get dilantin. I've explained that when he is on my list that is the only time I am aware he needs anything

                                                    Carol ___

11-13-09   Order written 10-21-09 to wt pt q wk x 4. Initial wt 142.5. wts range from 141.5 - 145. Copy of MAR's was documented in chart. Ø drastic wt loss- pt gained wt over 4 wk period — M.Holmes, RN

___ 2-09   Met ___ wanted only to know what his feet ___ meet — I explained.
                                                    ___

# P.C.R.D.F.
## PROGRESS NOTES



(P·85)

(P·85)

| Date/Time | Inmate's Name: Harrah's Gabe   11157-09 | D.O.B.: 11 / 18 / 76 |
|---|---|---|

**9/23/09**
**1630**
To unit c̄ triangular bandage sling. Sling applied + pt instructed on how to wear sling. How to take it off + on. Pt verbalizes understanding of instructions. Is able to flex + extend (L) arm + tighten muscles. OCWashburn#

**9-24-09**
**@ 1100**
To unit to see detainee R/T (L) arm c̄ 2+. Arrived at approx 1100. Detainee appeared in cell wearing a triangular, tan in color, bandage that was given to him on 9-23-09. Asked detainee if he had another triangular bandage. Detainee stated, Nurse Thomas gave him one. He reached under his mattress and retrieved another triangular bandage given to him by Nurse Thomas. Also, detainee had in his possession (2) black strings (1) several tied together + one appearing to be the bottom hem of pants. Detainee also had a old stretch foam bandage from the hospital? Not a standard dressing @ this facility. A mesh sling was given to detainee @ this time. Instructed to erase on the use of sling. Verbalized understanding. Detainee asked if he needed therapy? Detainee was + has been instructed that only a physician can say if therapy is needed. I can not! Instructed to use exercise list in his possession. Also to place a sick call to see MD if needed.

C. Smith

(5)

Pc 86

*ATTN: MS. SPEARS

*SEE Attached

## PULASKI COUNTY REGIONAL DETENTION CENTER

RECEIVED SEP 0 8 2009
RECEIVED SEP 0 8 2009

Inmates Name: GABE HANNAHS          Date of Birth: 11-18-76
Barracks: T   BI#: 11157-09          Date of Request: 9-6-09

Complaint: Im needing items out of my property that were given to me by UAMS for my broken arm. They were taken by Deputies.

SEE ATTACHED

## NURSING DOCUMENTATION

Subjective:

_____

cM

Objective:

_____Temp___P___R___B/P_____

Assessment:

Plan:

Education: Verbal____     Written_____

Refer: Physician____  Psychiatrist_____  RNP____  Dentist_____
Nurses Signature_____  Date:_____  Time:_____

R & P PRINTING, INC., L.R. AR

# P.C.R.D.F.
## PROGRESS NOTES

11/18/76

| Date/Time | Inmate's Name: ~~Vehnate~~ Hannah Cattle   D.O.B.: ~~84~~ 109 |
|-----------|------------------------------------------------------------|
| 9-2-09 | med |
|  | Fx his Lt Elbow @ 8/14 and on the 17th went to svt - had a cast on (at svt) + removed it prior to coming here 8/28. non c/o pain. |
|  | Refer to ER at UAMS. |
|  | [signature] |
| 9/2/09 | 1630 - Out ē Deputy to UAMS ER For H/ Of Elbow ē cyst. per Dr Johnson Request.   D. Carady, g |
| 9/2/09 2110 | Inmate Presented to Medical ē Reports From UAMS Inmate have. A Fx of his Elbow Arm in sling Order For Pain Medication placed on his Profile will call MD in am For Something For Pain  D. Carady, g |

P.

88

## PULASKI COUNTY REGIONAL DETENTION CENTER

SICK CALL FORM

RECEIVED AUG 3 1 2009

Inmates Name: GABE HANNAHS          Date of Birth: 11-18-76
Barracks: T  BI#: 11.57-09          Date of Request: 8-29-09

Complaint: I have broken right Arm
needs to be re-casted. Need
medical atter ASAP.

**NURSING DOCUMENTATION**   Bodine

Subjective:
Inv. mated was Casted before arrest, Need to
be recasted. left Arm

Objective:          Temp 97 P 79 R 18 B/P 106/68

Assessment:          ✓

Plan:
Motrin Bid x 5days

Education: Verbal _____ .    Written _____

Refer: Physician ✓  Psychiatrist _____  RNP _____  Dentist _____
Nurses Signature _____   Date: 9-2-09  Time: 0905



# ARKANSAS DEPARTMENT ⚕HEALTH
## PUBLIC HEALTH LABORATORIES
**201 South Monroe**
**LITTLE ROCK, AR 72205**
**PHONE: 501-661-2220**



**Visit no:** 0929200000592

**Submitter:** 60LPCRDC

Pulaski County Regional Detention Cente
3201 W. Roosevelt Rd.

Little Rock, AR 72204-

**Patient Name:** Hannahs, Gabe
**Date of Birth:** 11/18/1976
**Sex:** Male
**Race:** White

| | |
|---|---|
| **Purpose:** Diagnostic | **Test Group:** Syphilis-HIV |
| **Specimen:** SERUM/PLASMA | |
| **Date Collected:** 10/22/2009 | |
| **Date Received:** 10/23/2009 | |
| **Requestor:** Johnson, C | |

**Test: Syphilis RPR**                                    Date Released:10/27/2009

**Result:** NON-REACTIVE

**Test: HIV-12 EIA +0**                                   Date Released:10/28/2009

**Result:** NON-REACTIVE

**Interpretation:** Non-Reactive for HIV-1/HIV-2 Plus O EIA

**Approved by:** JJEFFERSON          **Date Approved:** 10/28/2009

PAGE:   1

HANNAHS, GABE
1115709
PULASKI, AR   72204-
(517) 000-0000
SEX: M  D/O/B: 11/18/1976

PULASKI CO DET CTR
COLLECTION DATE: 10/29/2009
RECEIVED DATE: 10/30/2009
REPORT DATE: 10/31/2009 06:48 COM

ACCESSION NO.: 779051
<=== DESCRIPTION ===> <= RESULT => <OUT OF RANGE>   <= REF RANGE => <= UNITS =>

HEPATIC FUNCTION PANEL
| ALBUMIN | 4.5 | | 3.5 | — | 5.5 | G/DL |
| TOTAL BILIRUBIN | 0.4 | | 0.2 | – | 1.2 | MG/DL |
| DIRECT BILIRUBIN | 0.1 | | 0.00 | – | 0.20 | MG/DL |
| ALK PHOS | | 173 *HIGH* | 53 | – | 128 | U/L |
| SGOT/AST | 18 | | 15 | – | 40 | U/L |
| SGPT/ALT | 11 | | 10 | – | 35 | U/L |
| TOTAL PROTEIN | 7.2 | | 6.0 | – | 8.3 | G/DL |

-Complete-

DIRECTOR: Lorenz P. Kielhorn, MD
PRINTED TO: PD REQUESTED FROM: T2




PAGE:  1

HANNANS, GABE
11157 09
PULASKI CO JAIL, AR   7220
(517)000-0000
SEX: M  D/O/B: 11/18/1976

PULASKI CO DET CTR
COLLECTION DATE: 10/22/2009
RECEIVED DATE: 10/23/2009
REPORT DATE: 10/28/2009 08:00 JEFF

ACCESSION NO.: 778053
<=== DESCRIPTION ===> <= RESULT => <OUT OF RANGE>  <= REF RANGE => <= UNITS =>

HEPATITIS A,B,C
HAV AB (TOTAL)      *    NEGATIVE                     NEGATIVE
                   ************* Coded Comment *************
                   HAV TOTAL AB IS NEGATIVE. HAV IGM TESTING IS NOT INDICATED
HEP B SURFACE AG    *    NEGATIVE                     NEGATIVE
HEP B SURFACE AB    *                POSITIVE         NEGATIVE
HEP B CORE AB (TOTA*                 POSITIVE         NEGATIVE
HEPATITIS C AB (3RD*                 POSITIVE         NEGATIVE
T4                       8.41                          5.53 -  11.00 ug/dL
TSH-HIGH SENSITIVIT      2.47                          0.46 -   4.68 uU/mL
*TESTS PERFORMED BY:
                   MARQUETTE GENERAL HOSPITAL
                   MARQUETTE, MI   49855

10/28/09

PAGE -  1                          DIRECTOR: Lorenz P. Kielhorn, MD
   -Complete-                      PRINTED TO: PD REQUESTED FROM: T2

# MEDICATION ADMINISTRATION RECORD

**DIAMOND PHARMACY SERVICES**
1.800.882.6337   FAX: 724.349.2945

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 12/24/09 REF:0 | **Phenytoin 100mg Cap** Brand: DILANTIN   CARL JOHNSON | 8AM | M | DS | A | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| DISCONTINUE 12/23/09 814978 | TAKE ONE CAPSULE(S) ORALLY TWICE DAILY | 8PM | RH | DS | M | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| TK | Price , LPN | | | | | RH | R gale , LPN | JD | Dawger RN |
| | | | | | | DS | D Smith Lp. | BH | B Hamilton RN |

| LOCATION T-301 | DATE OF BIRTH OR SOC. SEC. NO. 11/18/76 | ALLERGIES CODEINE PHOSPHATE, IODINE | | | DIAGNOSIS N/A |
|---|---|---|---|---|---|
| INMATE NAME AND NUMBER HANNAHS GABE 1115709 | | FACILITY PULASKI CTY REG DET CTR | CHARTING FOR 12/01/2009 | THROUGH 12/31/2009 | |

Arm Sling to Deburee 12/24/09

pt given 9pm 9/24/09

# MEDICATION ADMINISTRATION RECORD

**DIAMOND PHARMACY SERVICES**
1.800.882.6337  FAX: 724.349.2945

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 9/24/09 REF:1 DISCONTINUE 12/23/09 3814978 | **Phenytoin 100mg Cap** Brand: DILANTIN  CARL JOHNSON TAKE ONE CAPSULE(S) ORALLY TWICE DAILY | 8AM |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| | | 8PM | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| DS | Spencer | | | | | | | | |

**MEDICATION** T.HS 307
**DATE OF BIRTH OR SOC. SEC. NO.** 11/18/76
**ALLERGIES** CODEINE PHOSPHATE, IODINE
**DIAGNOSIS** N/A
**INMATE NAME AND NUMBER** ANNAHS. GABE 1115709
**FACILITY** PULASKI CTY REG DET CTR
**CHARTING FOR** 11/01/2009
**THROUGH** 11/30/2009

# MEDICATION ADMINISTRATION RECORD

◆DIAMOND **DIAMOND PHARMACY SERVICES**
1.800.882.6337 FAX: 724.349.2945

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| /19 INITIAL ORDER CONTINUE | Weekly weight | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| PATIENT NAME AND NUMBER | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES | FACILITY | | CHARTING FOR | DIAGNOSIS |
|---|---|---|---|---|---|---|
| Hannas Arba | | | PCRDF | | | |

**MEDICATION ADMINISTRATION RECORD**

◆ DIAMOND    **DIAMOND PHARMACY SERVICES**
1.800.882.6337   FAX: 724.349.2945

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 10·21 | wt 9 wk x 4 + Record | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| DISCONTINUE | | 1700 | 1 | 2 | 3 | 4 | 5 | 6 155.5 | 7 | 8 | 9 | 10 | 11 | 12 145 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| ORIGINAL ORDER | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| ORIGINAL ORDER | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| ORIGINAL ORDER | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | | |
| ORIGINAL ORDER | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | |
| ORIGINAL ORDER | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| DISCONTINUE | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

| | NAME | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES | | DIAGNOSIS |
|---|---|---|---|---|---|
| | T | 11·18·76 | NKA | | |

NAME AND NUMBER: Shumka Gahe.
FACILITY: POPOTF
CHARTING FOR / THROUGH: NOVAMBER  2000

# MEDICATION ADMINISTRATION RECORD

**◆DIAMOND◆ DIAMOND PHARMACY SERVICES**
1.800.882.6337   FAX: 724.349.2945

| EFFECTIVE DATES / MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORGINAL ORDER 9/21 WT tommorow & Q wk X4 DISCONTINUE | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**Initial / Signature**

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| 5 | C Smith | | | | | MH | Karla Holmes RN | | |

DATE OF BIRTH 11-10-76   ALLERGIES NKA

NAME AND NUMBER Hannah Grabe 11157-09   FACILITY PCRDF

# MEDICATION ADMINISTRATION RECORD

**DIAMOND PHARMACY SERVICES**
1.800.882.6337  FAX: 724.349.2945

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 1/23/09 / DISCONTINUE 1/23/09 | Dilantin 100 mg po Bid x 90 days | 0820 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | Jenice RN | | | | | | | | C Cantor |
| | | | | | | | | | |

PATIENT NAME AND NUMBER: HANNAHS, Gabe - 11157-09
FACILITY: PCADF

# MEDICATION ADMINISTRATION RECORD

**DIAMOND PHARMACY SERVICES**
1.800.882.6337   FAX: 724.349.2945

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9/3/09 ORIGINAL ORDER / 9/7/09 DISCONTINUE | Motrin 400mg bid PRN B.d X 5 days | 0800 2000 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**Signatures**

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | Rux Thibbear | VJ | | P | O'Lenter | RH | RAble LPN | 2B | Bruce, LPN |

| POSITION | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES | FACILITY | CHARTING FOR | THROUGH | DIAGNOSIS |
|---|---|---|---|---|---|---|
| | 11-8-76 | NKDA | | | | |

# MEDICATION ADMINISTRATION RECORD

**DIAMOND PHARMACY SERVICES**
1.800.882.6337  FAX: 724.349.2945

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ORIGINAL ORDER 9/12 DISCONTINUE | Ibuprofen 400mg 1 PO Tid x 5 days | 08 13 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 9/12 DISCONTINUE | Ibu 400mg po BID x 5 days | 07 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER 8/31/09 DISCONTINUE 12/23/09 | Dilantin 100mg po BID x 90 days | 08 20 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| ORIGINAL ORDER DISCONTINUE | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| ORIGINAL ORDER DISCONTINUE | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| ORIGINAL ORDER DISCONTINUE | Arm sling to detainee | 1030 | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| | Debra Carodyn | DS | Smyoda | CS | C Smith | RH | R able | | rue LPN |
| | | | | DS | D Smith | | qued | DS | D Smith |

ATION  T-413  DATE OF BIRTH  HANNAH GABE   ALLERGIES  NKDA

ATE NAME AND NUMBER  Gabe, Hannah  11/57-09  FACILITY  PCRDF   CHARTING FOR  Sept  THROUGH  2009

DIAGNOSIS

# MEDICATION ADMINISTRATION RECORD

◆DIAMOND▶ **DIAMOND PHARMACY SERVICES**
1.800.882.6337   FAX: 724.349.2945

*100*

| EFFECTIVE DATES | MEDICATIONS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 3 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INAL ORDER  3/09 | Ibuprofen 400mg PO BiD x 5 days | 08 | 1 | | | | | | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| CONTINUE  7/09 | | | 1 | 2 | | | 5 | 6 | | | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| INAL ORDER | | 20 | 1 | | | | | | | | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| CONTINUE | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| CONTINUE | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| INAL ORDER | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| CONTINUE | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| INAL ORDER | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| CONTINUE | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| INAL ORDER | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |
| CONTINUE | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | |

| Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature | Initial | Signature |
|---|---|---|---|---|---|---|---|---|---|
| C | Debra Caradyle | | | | | RH | RQHall RN | | |

| ...TION | DATE OF BIRTH OR SOC. SEC. NO. | ALLERGIES | | DIAGNOSIS |
|---|---|---|---|---|
| T-404 413 | 11-18-76 | Codeine | | |
| ...E NAME AND NUMBER  Marshall, Gabe  11157-09 | FACILITY  PUROF | CHARTING FOR 9/2/09 | THROUGH 9/30/09 | |

**Pulaski County Regional Detention Facility**   P. 101
Psychiatric Medication Management

Date of Service: 11-10-09
Name: Hannahs, Gabe          No: 11157-09
- last seen 9-29-09

Previous Diagnosis: Opiate / Cannabis Dep
R/O malingering

**Interim History:**
- deputy reports inmate in trouble, helpful on unit, odd behavior, calls for all needs
- inmate states he needs meds for "voices" → states vague descriptions but then amplifies when he responded & med
- states O VH but changes to seeing

S: state poor
I: —
G: —
E: (?)
C: (?)
A: (?)
P: —
S: (?)

Allergies: Codeine
Meds:
1. Ø
2.
3.

- no records to support illness
- AR Dept of C. to support illness
- BW records @ age 15, - no report of behavior problems
**MSE:** aware
Appearance: ☒Adequate ☐Unkempt ☐Other: Clean cell
Attitude: ☐Cooperative ☒Defensive ☐Other: _____
Psychomotor Status: ☒WNL ☐Decreased ☐Increased
Speech: ☒Normal rate, tone, volume ☐Other: _____
Mood: _____
Affect: ☐ Euthymic ☐ Sad ☐ Labile ☐ Other: Irritable ☐Congruent ☐ Non-congruent
TP: ☐ Rational and goal directed ☐ Other: when questioned
TC: SI: ☐present ☒absent; HI: ☐present ☒absent; Hallucinations: ☐present ☐absent;
Delusions: ☐present ☒absent; Notes: ↳ see above, no indication of AH
Judgment/Insight: ☐Intact ☐Fair ☒Poor Notes: _____
Cognition ☒Awake, alert, oriented ☐Other: _____

**Assessment:**
Axis I: Opiate Dep
        Cannabis Dep
        R/O malingering
Axis II: Personality do NOS

Axis III: Ø

**Plan:** (1) No indication of illness on unit when seen by myself or by staff report.

**RTC** PRN

(or back)

_____
Robert P. Forrest, M.D.

_____
Raymond K. Molden, M.D.

## Pulaski County Regional Detention Facility   P.102
### Psychiatric Evaluation

Date of Service: 9-29-09

Name: Hannahs, Steve          No: 1115709

**CC:**

**HPI:**

32 yo CM @ PCRDF X 1 month                        S: Variable

- last took Geodon 1½ years ago                   I:
- states getting treatment somewhere but          G:
  Ø recall the place                              E: ⊕
- states been on medication since age 15 yo       C: ⊕
- states he thinks he took medication for         A: ⊕
  mood                                            P:
- states he sees bugs & snakes @ times            S: Ø
- states trg teller writing                            La based on
- states trg teller writing   - able to report that he is paranoid    humor

**Allergies:** Codeine

**Meds:** 1. Seroquel by report, Ø med profile found

2.                                  - states AH @ times.

3.                                  - dramatic presentation
                                    - deputy reports he has been telling
4.                                    other inmates how to play
                                      med role & to get what they want

**Past Psych:**                     **Family Psych:**

- RCU, ASH, Pinnacle Pointe        - mother A✓
- states always on tx

**Suicide Attempts:** Ø

**PMH:** 1. Ø

2.

3.

**Social Hx:**                      **Legal Hx:**

- live in Benton                    - Prison 87 MO
                                    - prison 87 ODC

**PCRDF MEDICAL**

| INMATE | SOCIAL SECURITY | DOB | RACE/SEX | BOOKING# |
|---|---|---|---|---|
| Hannah, Gabe | 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 | 11/8/76 | WM | 11157-09 |

MENTAL HEALTH (J-30), SUICIDE POTENTIAL (J-30) & ORAL SCREENING (J-32)

| SUICIDE POTENTIAL SCREENING (J-30) | CIRCLE ONE | MENTAL HEALTH SCREENING | CIRCLE ONE |
|---|---|---|---|
| 1. Arresting or transporting officer believed subject to be a suicide risk? | Y **N** | 1. History of psychotropic medication? Type: Seroquel | |
| 2. Lack close family or friends in community? | Y **N** | Date: June 09 | |
| 3. Experienced a significant loss within last 6 months? | **Y** N | Source: Stewart Woods | |
| 4. Worried about any major problems other than legal? | Y **N** | Last Dose: 8-27-09 | |
| 5. Close family/friend who has attempted suicide? | Y **N** | Diagnosis BPT Bi Polar c̄ Sch | |
| 6. Has psychiatric history? | **Y** N | 2. History of psychiatric hospitalization? When: 1995 | |
| 7. Expresses feelings of embarrassment/shame? | Y **N** | Where: ASH | |
| 8. Expresses thoughts about killing self? | Y **N** | 3. History of outpatient mental health treatment? When: No | |
| 9. Has a current suicide plan/instrument? | Y **N** | Where: | |
| 10. Has attempted suicide? (note method) | Y **N** | 4. History of violent behavior to include sexual offenses? When: | |
| 11. Expresses feelings of helplessness/hopelessness? | Y **N** | Where: No | |
| 12. Shows signs of depression? (crying, unemotional) | Y **N** | 5. Family history of mental illnesses sexual or physical abuse? Explain: Family history mental | |
| 13. Appears overly anxious, afraid or angry? | Y **N** | | |
| 14. Is acting/talking in a strange manner? | Y **N** | 6. Possess a mental disability or history of special ed? Explain: No | |
| 15. Is apparently under the influence of alcohol/drugs? | Y **N** | | |
| 16 If yes to #14, is incoherent or showing withdrawing? | Y **N** | 7. Marital Status?   Married____  Single 1 ✓ 8. Recent head trauma? | |

| TOTAL YES ANSWERS | | BEHAVIOR OBSERVATION - CIRCLE ONE | | |
|---|---|---|---|---|
| If there are any circles in shaded areas or total of yes answers 8 or more, alert the shift commander for placement on suicide watch and make mental health referral | Yes * **No** | Eye Contact Mood Speech Hallucinations | Activity Crying Delusional Intellectual Functioning | Terrified Affect Psychotic Symptoms | Appearance Memory Concentration Orientation |

Mental Health Comments:

### SUMMARY AND DISPOSITION

| | | |
|---|---|---|
| ✓ No mental health problems | | PLACEMENT RECOMMENDATION |
| ____ Mental health problems requiring routine follow-up* | Refer to Mental Health | ✓ General Population |
| ____ Chronic mental health problem* | | ____ L Unit |
| ____ Mental Illness* | Routine ____ | |
| ____ Acute mental health problem* | | ____ Isolation* |
| ____ Suicidal* | ASAP ____ | ____ Suicide Watch* |
| ____ Potential withdrawal from substance abuse (J-52)* | | |

### ORAL SCREENING

| Inmate s Dental Issues: Circle One | Oral Hygiene Status: | Circle if Present: | PLACEMENT RECOMMENDATION |
|---|---|---|---|
| Condition of teeth: poor fair **good** | | Bleeding Gums | |
| Condition of gums: poor fair **good** | Circle One | Swollen Gums | ____ Sick Call |
| False teeth: partial plate upper lower | | Painful Gums | ____ RNP/MD |
| Oral hygiene instructions given (J-44): | Good **Fair** Poor | Discolored Gums | ____ Dental |
| Yes **No** | | Sensitive Teeth | |
| | | Obvious Infection | |

I acknowledge that I have answered all questions truthfully. I have been informed of how to obtain access to health care services and I understand that filing a grievance is not the proper way to request medical treatment. I formally consent to routine health care provided by facility medical staff. I will not hold PCRDF liable for any medications that I have brought, or future medications brought in by others on my behalf. I further understand that any personal medications not picked up within thirty (30) days of my release, will be destroyed.

Inmates Signature: X _____    Inmate Refused Screening

Screened By: _____   Date: 8-28-09   Time: 1315    Inmate Refused to Sign:

**Anderson**
927 N Business Hwy 71  Anderson, MO  64831
4178458300  Fax: 4178458314

*104*

February 1, 2010
Page 1
· Chart Document

**Gabe T Hannahs**                                                                 Home: (417) 451-0100
Male  DOB: 11/18/1976                          26389

**12/22/2009 - Office Visit: Room #114**
**Provider: Jerry L Jumper DO**
**Location of Care: Anderson**

*[handwritten, circled: Reports From Dr. I saw once released from Jail.]*

## Vital Signs:

Patient Profile:  33 Years Old Male
Height:           68.5 inches
Weight:           148 pounds
BMI:              22.26
O2 Sat:           97 %
Temp:             98.2 degrees F tympanic
Pulse rate:       87 / minute
Resp:             18 per minute
BP sitting:       118 / 82  (right arm)
Cuff size:        small

Pt. in pain?      yes
  Location:       arm
  Intensity:      7
  Type:           aching

## Preload Clinical Lists
**Problems added:**
MALUNION OF FRACTURE (ICD-733.81)

## Risk Factors:

Tobacco use:  current
  Year started:  13years
  Cigarettes:  Yes -- 1 pack(s) per day
Passive smoke exposure:  no
Drug use:  yes
  Substance:  marijuana
  Comments:  occasionally
HIV high-risk behavior:  no
Caffeine use:  3 drinks per day
Alcohol use:  no
Exercise:  yes
  Times per week:  5
  Type:  running every morning
Seatbelt use:  100 %
Sun Exposure:  frequently

**Chief Complaint:**  Complains of left arm being in pain after a break in it 2 months ago. Pt. was in jail and the jail removed his cast and he got no further medical treatment. .

**History of Present Illness:**
Patient reports breaking the left radial head this past August.  He was seen in an ER, states a "cast" was

Case 4:11-cv-00278-JMM -JJV   Document 36   Filed 11/14/11   Page 105 of 114

**Anderson** February 11, 2010
927 N Business Hwy 71   Anderson, MO  64831
4178458300 Fax: 4178458314
Page 2
Chart Document

**Gabe T Hannahs**                                                                 Home: (417) 451-0100
Male  DOB: 11/18/1976                          26389

put on his left arm, and he was later incarcerated in a county jail.  He states he got "mud and dirt" under the cast and it was removed "by the jail doctor".  The cast was not replaced.
Now he has limited use of the left elbow and more or less constant pain.

## Past Surgical History:
Tonsillectomy

## Family History:
FH Heart Disease-- both sides

## Review of Systems
See HPI

### MS
**Complains of joint pain, stiffness, and loss of strength.**
Abnormalities are limited to the left elbow and forearm.

## Physical Exam
**General Appearance:** well nourished, well hydrated, no acute distress

## Musculoskeletal
**Gait and Station:** normal, can undergo exercise testing and/or participate in exercise program
**LUE:** The elbow has restricted motion, especially in full flexion and extension.  It is held in about 170 degrees of extension and a neutral position between supination and pronation.  He cannot touch his left shoulder with the left hand, and has difficulty touching the back of his head or his low back with this arm.

## Impression & Recommendations:

**Problem # 1:**  MALUNION OF FRACTURE (ICD-733.81)

Orders:
New Patient Detailed (CPT-99204)

**Patient Instructions:**
1)  We will get x-rays of the left elbow today, then decide how to proceed with specialty referral.  I told the patient it is going to be difficult to get a different orthopedist to assume this case.  He does not believe he ever saw an orthopedist while he was in jail.

**Signed by Jerry L Jumper DO on 12/22/2009 at 12:51 PM**

**Anderson**
927 N Business Hwy 71  Anderson, MO  64831
4178458300 Fax: 4178458314

*(106)*

February 1, 2010
Page 1
Chart Document

**Gabe T Hannahs**
Male  DOB: 11/18/1976                    26389
Home: (417) 451-0100

**01/07/2010 - Phone Note**
**Provider: Jerry L Jumper DO**
**Location of Care: Anderson**

## Phone Note
Outgoing Call
**Reason for Call:** Lab or Test Results
**Action Taken:** Provider Notified
**Summary of Call:** Pt. called requesting X-rays results, I called Freeman Hospital for results and they will fax me a copy.
**Initial call taken by:** Manny Sanchez,  January  7, 2010 12:02 PM
**Reason for Call:** Discuss lab or test results

## Follow-up for Phone Call
**Details for Follow-up Action Taken:** X-rays show an old fracture and arthritis.  Patient needs to see an orthopedic surgeon.  We will make referral if patient chooses.

**Signed by Jerry L Jumper DO on 01/07/2010 at 1:09 PM**

# FREEMAN NEOSHO HOSPITAL

113 West Hickory Street
Neosho, Missouri, 64850

**DEPARTMENT OF RADIOLOGY**

(417) 455-4333

## RADIOLOGICAL REPORT

SOUTHWEST RADIOLOGY

Name: HANNAHS,GABE T
Phys: Jumper,Jerry DO
DOB: 11/18/1976 Age: 33      Sex: M
Acct: N30455455  Loc: NXRAY
Exam Date: 12/22/2009 Status: REG CLI
Radiology No:
Unit No: N093207
CHIEF C/O: FX, RADIAL NECK
FREEMAN NEOSHO HOSPITAL

---

Jerry Jumper, D.O.
927 Business Hwy 71 N
Anderson, MO  64831


 EXAMS: 000295262 RAD/ELBOW - 3 VIEWS MINIMUM LT-12/22/2009

LEFT ELBOW THREE VIEWS

Clinical history: Left elbow pain. Limited range of motion.

The left elbow demonstrates degenerative changes that is most compatible with
posttraumatic arthropathy. Soft tissues are unremarkable. A remote fracture
appreciated of the left elbow in the distribution of the distal humerus.

IMPRESSION:
FINDINGS ARE MOST COMPATIBLE WITH POSTTRAUMATIC ARTHROPATHY. FOR FURTHER
EVALUATION CT SCANNING AS WELL AS MRI OF THE LEFT ELBOW MAY BE CONSIDERED AS
THE NEXT DIAGNOSTIC ALGORITHM OF CHOICE. THERE ARE NO PRIOR STUDIES AVAILABLE
FOR COMPARISON. IF PRIOR STUDIES DO BECOME AVAILABLE FOR COMPARISON, COMPARISON
WOULD BE OF CLINICAL VALUE. INCIDENTAL NOTE ALSO MADE OF A REMOTE FRACTURE
DEFORMITY OF THE PROXIMAL RADIUS.


                                    ** REPORT SIGNATURE ON FILE 12/23/2009 **
                    Reported And Signed By: DAVID WELLS, M.D.




CC: Jerry Jumper, D.O.

Technologist: JESSICA J HAGANS RT(R)
Dictation Date/Time: 12/22/2009 (1457)
Transcribed Date/Time: 12/22/2009 (1509)
Transcriptionist: MR.SKG
Printed Date/Time: 12/23/2009 (1802)


PAGE 1  Jerry Jumper, D.O.

04.6000.7200.RADI.0011.0304

ExitCare® Patient Information - Gabe Hannahs - ID# 004742281-9245 - MR# 000474228

**University of Arkansas for Medical Sciences**
4301 W Markham St
Little Rock, AR 72205



**UA•MS**
_____
UNIVERSITY OF ARKANSAS
FOR MEDICAL SCIENCES
EXITCARE® PATIENT INFORMATION

Appointment Line
**(501) 686-8000 or (800) 942-8267**
Patient Information/Rooms
**(501) 686-6416**
General Information
**(501) 686-7000**

Patient Name: <u>Gabe Hannahs</u>
Attending Caregiver: <u>Angela Duncan, APN</u>

*Copy for pt.*
*Use Nurse*
*Carely*

# Elbow Exercises

These are some of the *initial* exercises you may start your rehabilitation program with until you see your caregiver again or until your symptoms are resolved. **Remember:**
> Strong muscles with good endurance tolerate stress better.
> Do the exercises as *initially* prescribed by your caregiver. Progress slowly with each exercise, gradually increasing the number of repetitions and weight used under their guidance.

## RANGE OF MOTION - Supination
> Stand or sit with your elbow bent to 90 degrees.
> Turn your palm upward as far as possible.
> Hold this position for <u>20</u> seconds and then *slowly* return to the starting position.
> Repeat exercise <u>20</u> times, <u>3</u> times per day.



## RANGE OF MOTION - Pronation
> Stand or sit with your elbow bent to 90 degrees.
> Turn your palm down toward the floor as far as possible.
> Hold this position for <u>20</u> seconds and then *slowly* return to the starting position.
> Repeat exercise <u>20</u> times, <u>3</u> times per day.

## RANGE OF MOTION - Extension
> Straighten your <u>left</u> elbow as far as you can actively.
> Try to straighten it a little farther with the other hand as shown until you feel a gentle stretch.
> Hold this position for <u>20</u> seconds and then *slowly* return to the starting position.
> Repeat exercise <u>20</u> times, <u>3</u> times per day.



## RANGE OF MOTION - Extension
> Lie on your back and rest your elbow off the edge of the bed as shown. You may also sit at a table with the upper arm supported in a similar manner.
> Let the gravity weight of your hand, wrist, and lower arm straighten your elbow until you feel a slight stretch.
> You may hold a small weight in your hand or wear a weight around your wrist (<u>3</u> lbs.) if approved by your caregiver to help stretch farther.
> Hold this position for <u>20</u> seconds and then *slowly* return to the starting position.
> Repeat exercise <u>20</u> times, <u>3</u> times per day.

ExitCare® Patient Information - Gabe Hannahs - ID# 004742281-9245 - MR# 000474228

## RANGE OF MOTION - Pronation with Elbow Flexed
> Stand or sit with your elbow bent to 90 degrees.
> Turn your palm down toward the floor as far as possible. *Use your other hand* to help turn it farther as shown.
> Hold this position for 20 seconds and then *slowly* return to the starting position.
> Repeat exercise 20 times, 3 times per day.



## RANGE OF MOTION - Supination with Elbow Flexed
> Stand or sit with your elbow bent to 90 degrees.
> Turn your palm up toward the ceiling as far as possible. Use your other hand to help turn it farther as shown.
> Hold this position for 20 seconds and then *slowly* return to the starting position.
> Repeat exercise 20 times, 3 times per day.



## RANGE OF MOTION - Pronation with Elbow Extended
> Stand or sit with your elbow fully extended (straight).
> Turn your palm down toward the floor as far as possible.
> Hold this position for 20 seconds and then *slowly* return to the starting position.
> Repeat exercise 20 times, 3 times per day.



## RANGE OF MOTION - Supination with Elbow Extended
> Stand or sit with your elbow fully extended (straight).
> Turn your palm up toward the ceiling as far as possible.
> Hold this position for 20 seconds and then *slowly* return to the starting position.
> Repeat exercise _____ times, 3 times per day.



## STRENGTH - Elbow Flexion
> Stand with your arm straight and your *thumb* facing forward.
> Bend the elbow as shown using a 3 pound weight or rubber band/tubing as shown.
> Hold this position for 20 seconds and then *slowly* return to the starting position.
> Repeat exercise 20 times, _____ times per day.

## STRENGTH - Elbow Flexion
> Stand with your arm straight and your *palm* facing forward.
> Bend the elbow as shown using a 3 pound weight or rubber band/tubing as shown.
> Hold this position for 20 seconds and then *slowly* return to the starting position.
> Repeat exercise 20 times, _____ times per day.

## STRENGTH - Supination
> Sit with your forearm supported on a table and the hand over the edge and your palm facing the floor.
> Hold a _____ oz. hammer or a stick with a weight on the end in your hand as shown.



ExitCare® Patient Information - Gabe Hannahs - ID# 004742281-9245 - MR# 000474228

110

> Turn your palm and hand toward you to a "thumbs-up" position.
> Hold this position for <u>20</u> seconds and then *slowly* return to the starting position.
> Repeat exercise <u>20</u> times, <u>3</u> times per day.

## STRENGTH - Pronation
> Sit with your forearm supported on a table and the hand over the edge and your palm facing up toward the ceiling.
> Hold a _____ oz. hammer or a stick with a weight on the end in your hand as shown.
> Turn your palm and hand toward you to a "thumbs-up" position.
> Hold this position for <u>20</u> seconds and then *slowly* return to the starting position.
> Repeat exercise <u>20</u> times, <u>3</u> times per day.



## STRENGTH - Elbow Flexion, Isometric
> With your involved/injured arm on the bottom and the palm of that hand facing upward, assume the position shown.
> While resisting with the top hand, try to bend the elbow of your involved/injured arm.
> Do not allow your elbow to move.

## STRENGTH - Elbow Extension, Isometric
> With your involved/injured arm on the bottom and the palm of that hand facing upward, assume the position shown.
> While resisting with the top hand, try to bend the elbow of your involved/injured arm.
> Do not allow your elbow to move.
> Hold this position for <u>20</u> seconds, then relax.
> Repeat exercise <u>20</u> times, _____ times per day.



*This material is adapted by ExitCare, LLC from Safran: Sports Medicine Instructions. Copyright © 2003, Elsevier Inc. All Rights Reserved.*

FOLLOW-UP INSTRUCTIONS
As Needed: Ortho/Hand Clinic, - 4301 W. Markham Street Little Rock AR 72205-   (501)686-6067
**ADDITIONAL NOTES AND INSTRUCTIONS**

**X-Rays:** Any x-rays you had will officially be read by an x-ray specialist. Sometimes they are read after you leave here. We might need to call you if something is found. PLEASE GIVE THE REGISTRATION RECEPTIONIST YOUR CORRECT PHONE NUMBER and ADDRESS so that we can reach you immediately.

**Precriptions:** If you are given prescriptions, be sure to take as directed.

# If your symptoms worsen or do not improve contact your physician or return to the UAMS Emergency Department (501-526-2000).

# Elbow Fracture (Simple)

Upper Ext. Injury                    #40        E.D. Physician Record

047 42 28  1 9245
HANNAHS, GABE T
9121 W 34TH ST        O
LITTLE ROCK           AR 72204
11181976  MW660 635-1874
                      09/02/09 ED

*(handwritten notes on body diagram):*
R elbow - unable to fully
extend 2° px @ ulnar aspect
⊕ pronation / supination @
flexor
radial / ulna pulse 2+
sensation intact
⊕ olecranon px
⊕ dislocation ē extension

### Diagnostic Considerations: circle potential diagnoses

Sprain of: shoulder /
elbow
A/C separation
Fx of:
Dislocation's elbow
Overuse syndrome

Muscle strain of:
Rupture: biceps muscle
rotator cuff tear
Laceration of:
Contusion of:
compartment syndrome
F.B.

tendonitis / bursitis
infection / abscess / cellulitis
septic arthritis
osteomyelitis

*(handwritten): tip olecranon ē distal displacement bony fragment*

**X-ray:** (Read by: ___ E.P. ___ Red.)
1—☐ R elbow ___ nl   2—☐ L FA
3—☐ ___ nl   4—☐ ___ nl

### Treatment / Mngmt Options / Course:

**Medications / Orders**         Dose        Response

___ O2 at: _____ IV of: _____
___ Tetanus: TT / dT / TIG
___ Pain meds: _____
___ Immobilization:
Applied by: ___ E.P. ___ other
Other procedures:

*(handwritten): - arm sling - ROM Q I P - F/u Ortho prn*

Procedure: ___ see addendum _____
Critical Care: _____minutes

Course: same / better / worse

### Consultation / Other data reviewed:
Consulted Dr. _____ (time)
Suggests: admit / discharge / will see: _____
Case discussed with: patient / family / other:
Reviewed / discussed with Radiologist
Reviewed: NH / EMS / RN Old Records / Pt. Quest.

**Clinical Impression:** R elbow Fx

### Disposition:
home   admit: ICU / monitor / med. / surg.
___ Transfer to:

Admit physician:
Condition: better / worse / stable / expired
Instructions given: ___ written ___ verbal
Follow up: (PMD) other: Ortho ___ in ___ days prn as scheduled
Restrictions: (___ off work ___ lmtd. Duty ___ gym ___ school) ___ days
Discharge Rx: NSAID DS

☐ Pt. discussed with Attending Dr. _____
**Sig:** _____ date 9/2/09 Attend. / Resid. / PA / NP
_____ date _____ Attend. / Resid. / PA / NP

See: ___ Addendum ___ Attending note
Copies to:

☐ dictated
☐ chart completed

---

**Medical Decis. Making:** 1.1 straightforward, 1.2.3 low/complex, 1.4 mod, 1.5 hi
Slash box if ordered ☑, check normals ✓, circle and note abnormals

### Lab:
☐ CBC: ___ nl   nl except: ___
Hct _____ Hgb _____
WBC _____
Neut _____ Baso _____ Monos _____
Lymph _____ Eos _____

Other:
☐
CMP: ___ nl   nl except: ___
NA ___ K ___ Glu ___
Cl ___ CO2 ___ Anion gap ___

☐ ETOH        ☐ Drug screen
☐ PT, PTT, INR
☐ sed rate    ☐ uric acid
☐ CPK / CKMB
☐ U/A

☐ P. Ox ___ %: on ___ RA / O2: ___ % / L
___ nl / hypoxic

☐ EKG ___ NSR ___ nl intervals
___ nl QRS ___ nl ST-T waves

Compared to: _____
___ unchanged / changed

Read by: ___ E.P.
☐ Cardiac monitor: ___ NSR

### Wound Repair:

| Location | Length / Depth | Repair |
|---|---|---|
| 1) | ___ cm  superfic. / SQ / IM | Dermabond / staples  # of ___ -O _____  # of ___ -O _____ |
| 2) | ___ cm  superfic. / SQ / IM | Dermabond / staples  # of ___ -O _____  # of ___ -O _____ |

### Comments:
___ sensat. intact ___ vasc. intact
Level of contamination: ___ clean / min / mod / severe
Anesthesia: local / digital block ___ mL of _____ ē epi / HCO3
___ prep  ___ Suture removal instruct: ___ days
___ Explored: ___ no F.B. ___ no tendon inj. / F.B. identified / tendon injury
___ irrigated ___ debrided ___ undermined ___ revised ___ F.B. removed
(for above: min = 1, mod = 2, extensive = 3)

Copyright © 2000-2005, EvolveMed,   Photocopying without permission is prohibited   AAEM Templates   http://www.aaem.org   Page 2 of 2



**DEPARTMENT OF RADIOLOGY**
4301 W.Markham Street
T.ltrle Rock
Arkansas 72205

**PATIENT DIAGNOSTIC REPORT**

*Verified*

**PATIENT NAME : HANNAHS, GABE**

| | MRN # | ACCOUNT # | SEX | RACE | ORDER #  3503489 |
|---|---|---|---|---|---|
| ID TYPE MRN | 474228 | 47422819245 | M | WHITE | |

| BIRTHDATE 11/18/1976 | AGE@EXAM 32 yr | LOCATION EMERGENCY DEPARTMENT | ADMISSION 9/2/2009 | DATE 16:53 | Exam Date/Time **9/2/2009**   18:41 |
|---|---|---|---|---|---|

ADMITTING PHYSICIAN : RACHAEL L FREEZE-RAMSEY      L

ATTENDING PHYSICIAN : ANGELA DUNCAN

REQUESTING PHYSICIAN: ANGELA DUNCAN

**REQUESTING SERVICE**
ED

**REASON:**      evaluate fx;

**EXAMS:**          ELBOW,AP,OBL,LAT LEFT                                9/2/2009

Technique: AP, oblique and lateral views of the left elbow were obtained.

Comparison: Left elbow radiographs 08/13/2009.

Findings: Again seen is a bony fragment arising from the tip of the olecranon which is minimally distally displaced. An anterior fat pad sign is seen. No other fractures are identified.

IMPRESSION: FRACTURE OF THE TIP OF THE OLECRANON WITH DISTAL DISPLACEMENT OF A SMALL BONY FRAGMENT.

DICTATING RESIDENT: MATTHEW P. MCCRARY

DICTATING STAFF RADIOLOGIST: CAROL M. DELL, MD

I HAVE PERSONALLY REVIEWED THE IMAGE(S), AND WAS PRESENT DURING THE PHYSICIAN SERVICES ASSOCIATED WITH THE PROCEDURE AND AGREE WITH THE FINDINGS.

| VERIFIED BY:   CAROL M. DELL, MD | RESULT ID / ADDENDUM: 2891697 / 0 |
|---|---|
| VERIFIED ON:   2009/09/03 17:03:30.00 | Page 1 of 1 |
| | DATE   1/11/2010 |



**DEPARTMENT OF RADIOLOGY**
4301 W.Markham Street
Little Rock
Arkansas 72205

**PATIENT DIAGNOSTIC REPORT**

*Verified*

---

**PATIENT NAME : HANNAHS, GABE**

| ID TYPE | MRN # | ACCOUNT # | SEX | RACE | ORDER #  3503476 |
|---|---|---|---|---|---|
| MRN | 474228 | 47422819245 | M | WHITE | |

| BIRTHDATE | AGE@EXAM | LOCATION | ADMISSION | DATE | Exam Date/Time |
|---|---|---|---|---|---|
| 11/18/1976 | 32 yr | EMERGENCY DEPARTMENT | 9/2/2009 | 16:53 | 9/2/2009    18:41 |

ADMITTING PHYSICIAN : RACHAEL L  FREEZE-RAMSEY        L

ATTENDING PHYSICIAN : ANGELA DUNCAN

REQUESTING PHYSICIAN: ANGELA DUNCAN

REQUESTING SERVICE
ED

---

REASON:     reported fx seen osh with self-removal of splint;

EXAMS:        FOREARM AP/LAT LEFT                                                    9/2/2009

Technique:  Frontal and lateral views of the left forearm were obtained.

Comparison:  Elbow radiographs 08/13/2009.

Findings:  A distally displaced bony fragment is seen arising from the
tip of the olecranon. An oblique lucency is seen overlying the olecranon
on the frontal view.

IMPRESSION:  FRACTURE OF THE TIP OF THE OLECRANON WITH MINIMAL DISTAL
DISPLACEMENT OF THE FRAGMENT.

DICTATING RESIDENT: MATTHEW P. MCCRARY

DICTATING STAFF RADIOLOGIST: CAROL M. DELL, MD

I HAVE PERSONALLY REVIEWED THE IMAGE(S), AND WAS PRESENT DURING THE PHYSICIAN
SERVICES ASSOCIATED WITH THE PROCEDURE AND AGREE WITH THE FINDINGS.

| VERIFIED BY:     CAROL M. DELL, MD | RESULT ID / ADDENDUM: 2891696 / 0 |
|---|---|
| VERIFIED ON:      2009/09/03 17:03:30.00 | Page 1 of 1 |
| | DATE       1/11/2010 |



# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS WEST DIVISION

**GABE HANNAHS #117222**                              **PLAINTIFF**

**Vs.**

**CARL LYNN JOHNSON, etal.**                          **DEFENDANT**

## <u>DECLARATION OF RUSSELL T. HANNAHS</u>

Russell T. Hannahs, Plaintiff's father, does hereby declare on this 7th day of November,

2011 that the following Declaration is true and correct.

## <u>STATEMENT</u>

That on or about the date of September 5, 2009, I, Russell Hannahs, visited my son, Gabe Hannahs at the Pulaski County Jail on Roosevelt Road in Little Rock, Arkansas. While visiting, I was aware of a blue "sling" on Gabe Hannahs' left arm.

Subsequent to my next visitation with Gabe Hannahs,, I had spoken with him (Gabe) on the telephone, and he told me of an incident involving staff where they took his sling from him because the doctor did not say that he could possess it. He asked me to call and inquire to help him get his doctor prescribed sling back.

I spoke with Ms. Spears on or about September 17, 2009 to ask why Gabe's sling was taken and what we could do to get it back to him. Ms. Spears then told me that the medical complaints of Gabe Hannahs had been resolved and that his medical items had been returned to him.

On my next visitation on or about Saturday, September 19, 2009, I noted that Gabe was not wearing the sling. He told me that his arm was not getting any better because he had no sling or cast. I told him what was told to me by Ms. Spears, that his medical items had been returned. According to Gabe, they were never returned. He asked me to make a follow up call after the visit.

I, Russell Hannahs did so call again the early part of the following week, on or about Monday, September 21, 2009, and spoke again with Ms. Spears at which time she stated: "that Gabe doesn't always tell the truth". I asked her then to please make sure that Gabe's sling was returned.

I, Russell Hannahs, received a letter from my son Gabe Hannahs stating that his sling was returned to him on September 24, 2009, but it was too late, his arm was beyond healing correctly.

I, Russell Hannahs declare under penalty of perjury that the foregoing is true and correct.

Executed at Benton, AR 72015 on November 7, 2011.


Russell T. Hannahs
2511 Alcoa Road
Benton, AR 72015

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
Social Security #