**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

GABE HANNAHS,
ADC # 117222                                                                                          PLAINTIFF

v.                                         4:11-cv-00278-JMM-JJV

CARL LYNN JOHNSON, Dr.,
Pulaski County Detention Facility; *et al.*                                              DEFENDANTS

**ORDER**

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a de novo review of the record, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's Motion for Default Judgment (Doc. No. 41) is DENIED without prejudice.

2. The Clerk of the Court shall prepare summons for Defendant Johnson.

3. The United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2), Amended Complaints (Doc. Nos. 10, 14) and summons on Defendant without prepayment of fees and costs or security therefore to:

   Catherine M. Corless
   Mitchell Williams Selig Gates & Woodyard, PLLC
   425 W. Capitol Avenue, Suite 1800
   Little Rock, AR 72201-3525 .

DATED this 9th day of December, 2011.

JAMES M. MOODY
UNITED STATES DISTRICT JUDGE