**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| GABE HANNAHS,<br>ADC # 117222 | | PLAINTIFF |
| v. | 4:11-cv-00278-JMM-JJV | |
| CARL LYNN JOHNSON, Dr.,<br>Pulaski County Detention Facility; *et al.* | | DEFENDANTS |

**ORDER**

Before the Court is Plaintiff's Second Motion to Appoint Counsel (Doc. No. 45). A civil litigant does not have a constitutional or statutory right to appointed counsel in a civil action. *Wiggins v. Sargent*, 753 F.2d 663, 668 (8th Cir. 1985). However, the Court may appoint counsel at its discretion. *Id*. *See* 28 U.S.C. § 1915(e)(1). In determining whether to appoint counsel, the Court must exercise "a reasoned and well-informed discretion." *Sours v. Norris*, 782 F.2d 106, 107 (8th Cir. 1986). "The appointment of counsel 'should be given serious consideration . . . if the plaintiff has not alleged a frivolous or malicious claim' and the pleadings state a prima facie case." *Rayes v. Johnson*, 969 F.2d 700, 703 (8th Cir. 1992) (quoting *In re Lane*, 801 F.2d 1040, 1043 (8th Cir. 1986)). The United States Court of Appeals for the Eighth Circuit has identified several factors the Court should consider when deciding a request for appointment of counsel. *Id*. These factors include the plaintiff's need for an attorney, the likelihood that plaintiff will benefit from assistance of counsel, the factual complexity of the case, the plaintiff's ability to investigate and present his case, and the complexity of the legal issues. *Id*.

In considering these factors, the Court again finds that Plaintiff's claims do not appear legally or factually complex, and it appears he is capable of prosecuting his claims without appointed counsel. Plaintiff's Motion to Appoint Counsel is denied without prejudice.

IT IS, THEREFORE, ORDERED that:

1.     Plaintiff's Motion to Appoint Counsel (Doc. No. 45) is DENIED without prejudice.

SO ORDERED this 12th day of October, 2011.

```
                                              _____
                                              JOE J. VOLPE
                                              UNITED STATES MAGISTRATE JUDGE
```