**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

GABE HANNAHS, ADC #117222                                          PLAINTIFF

v.                                        4:11-cv-00278-JMM-JJV

CARL LYNN JOHNSON, Dr.,
Pulaski County Detenttion Facility; et al.                          DEFENDANTS

## ORDER

For good cause shown, Plaintiff's Motion to Dismiss Defendant Speers (Doc. No. 108) is

GRANTED and Defendant Speers is dismissed from this cause of action.

SO ORDERED this 27th day of August, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE