IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GABE HANNAHS,
ADC # 117222                                                                                              PLAINTIFF

v.                                          4:11-cv-00278-JMM-JJV

CARL LYNN JOHNSON, Dr.,
Pulaski County Detention Facility; *et al.*                                                DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. Plaintiff's Motion for Summary Judgment (Doc. No. 88) is DENIED.

2. Defendants' Motion for Summary Judgment (Doc. No. 93) is GRANTED IN PART AND DENIED IN PART:

   A. Regarding Plaintiff's followup care with an orthopedic specialist, GRANTED.

   B. Regarding vicarious liability, GRANTED; and

   C. Regarding Plaintiff's delay in treatment claim, DENIED.

SO ORDERED this  30th  day of January, 2013.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE