**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

GABE HANNAHS, ADC # 117222                                                                       PLAINTIFF

v.                                         4:11-cv-00278-JMM-JJV

CARL LYNN JOHNSON, Dr.,
Pulaski County Detention Facility; *et al.*                                                       DEFENDANTS

**ORDER APPOINTING COUNSEL**

      The Court now finds that appointment of counsel for Plaintiff is appropriate. In conformity with Local Rule 83.7, the Court hereby appoints Patty W. Lueken of the Lueken Law Firm, Post Office Box 26426, Little Rock, AR 72221-6426, to represent Mr. Hannahs in all further proceedings in this case. The Clerk of the Court is directed to send Ms. Lueken a copy of this Order and Local Rule 83.7.

      IT IS SO ORDERED this 7th day of February, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE