IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GABE HANNAHS, ADC # 117222                                                                 PLAINTIFF

v.                                            4:11CV00278-JMM-JJV

CARL LYNN JOHNSON, Dr.,
Pulaski County Detention Facility; *et al.*                                               DEFENDANTS

## ORDER

On May 8, 2013, this Court appointed Lawrence E. Chisenhall, with the law firm of Chisenhall, Nestrud, & Julian, P.A., to represent Mr. Hannahs in this matter. (Doc. No. 131.) Mr. Chisenhall has filed a Motion to Withdraw as counsel. (Doc. No. 132.) The Court finds that the Motion is well taken and for good cause the Motion (Doc. No. 132) is GRANTED. Mr. Chisenhall is, hereby, relieved as counsel of record for Mr. Hannahs.

Pursuant to 28 U.S.C. § 1915(e)(1) and Local Rule 83.7, Steven W. Quattlebaum, with the law firm of Quattlebaum, Grooms, Tull & Burrow PLLC, 111 Center Street, Suite 1900, Little Rock, AR 72201-3325, is appointed to represent Mr. Hannahs in all further proceedings in this action.

THE CLERK shall send Mr. Quattlebaum and Mr. Hannahs a copy of this Order. Counsel shall review Local Rule 83.7 regarding appointment of counsel, and Local Rule 83.6 regarding reimbursement of out-of-pocket expenses, through the Court's web site (www.are.uscourts.gov).[1] Pursuant to Rule 83.7, counsel must make written application to withdraw within twenty-one (21) days; otherwise, the appointment will be effective.

IT IS SO ORDERED this 31st day of May, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel may obtain a copy of the case file on disk by contacting the Courtroom Deputy.