IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

GABE HANNAHS, ADC # 117222        PLAINTIFF

v.        4:11CV00278-JMM-JJV

CARL LYNN JOHNSON, Dr.,
Pulaski County Detention Facility        DEFENDANT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After carefully considering the objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1.     Dr. Johnson's renewed Motion for Summary Judgment (Doc. No. 170) is DENIED.

SO ORDERED this 28 day of February, 2014.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE